**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

SOUTHERN DISTRICT OF CALIFORNIA

Case number *(if known)* _____ Chapter **7**

☐ Check if this an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

04/20

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Emerald Health Bioceuticals, Inc.** |
| 2. | **All other names debtor used in the last 8 years**<br>Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **30-0950852** |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **5910 Pacific Center Blvd.**<br>**Suite 300**<br>**San Diego, CA 92121**<br>Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **San Diego**<br>County | **Location of principal assets, if different from principal place of business**<br><br>Number, Street, City, State & ZIP Code |

5. **Debtor's website** (URL)    www.emeraldhealthbio.life

6. **Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor   **Emerald Health Bioceuticals, Inc.**                                      Case number (*if known*) _____

Name

---

**7.  Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☑ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

**3254**

---

**8.  Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☑ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check **all** that apply*:

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

---

**9.  Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No.

☐ Yes.

| District | When | Case number |
|---|---|---|
| _____ | _____ | _____ |
| _____ | _____ | _____ |

---

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

☑ No

☐ Yes.

| Debtor | | Relationship | |
|---|---|---|---|
| _____ | | _____ | |
| District | When | Case number, if known | |

---

Debtor   **Emerald Health Bioceuticals, Inc.**                                    Case number (*if known*) _____
_____
Name

**11.   Why is the case filed in *this district*?**   *Check all that apply:*

☑   Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐   A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12.   Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑   No

☐   Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐   It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐   It needs to be physically secured or protected from the weather.

☐   It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐   Other _____

**Where is the property?**   _____
                              Number, Street, City, State & ZIP Code

**Is the property insured?**

☐   No

☐   Yes.   Insurance agency   _____

          Contact name   _____

          Phone   _____

---

■   **Statistical and administrative information**

**13.   Debtor's estimation of available funds**   .   *Check one:*

☐   Funds will be available for distribution to unsecured creditors.

☑   After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14.   Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☑ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15.   Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☑ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16.   Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☑ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor    **Emerald Health Biocuticals, Inc.**                                          Case number (*if known*) _____
_____
Name

| | **Request for Relief, Declaration, and Signatures** |

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **October 20, 2020**
MM / DD / YYYY

**X** */s/ Gaetano Morello*                          **Gaetano Morello**
Signature of authorized representative of debtor          Printed name

Title    **CEO**

---

**18. Signature of attorney**

**X** */s/ Jon M. Cooper*                          Date    **October 20, 2020**
Signature of attorney for debtor                          MM / DD / YYYY

**Jon M. Cooper 229571**
Printed name

**San Diego Legal Pros**
Firm name

**3110 Camino del Rio South, Suite 315**
**San Diego, CA 92108**
Number, Street, City, State & ZIP Code

Contact phone    **(619) 881-0020**    Email address    **jon@sandiegolegalpros.com**

**229571 CA**
Bar number and State

---

**Fill in this information to identify the case:**

Debtor name __**Emerald Health Bioceuticals, Inc.**__

United States Bankruptcy Court for the: __SOUTHERN DISTRICT OF CALIFORNIA__

Case number (if known) _____

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __**October 20, 2020**__          X **/s/ Gaetano Morello**
                                               Signature of individual signing on behalf of debtor

                                               **Gaetano Morello**
                                               Printed name

                                               **CEO**
                                               Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name    **Emerald Health Bioceuticals, Inc.**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF CALIFORNIA

Case number (if known)    _____

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    12/15

| Part 1: | **Summary of Assets** |
|---|---|

1. ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

    **1a. Real property:**
    Copy line 88 from *Schedule A/B*.................................................................................... $     **0.00**

    **1b. Total personal property:**
    Copy line 91A from *Schedule A/B*................................................................................ $     **287,920.61**

    **1c. Total of all property:**
    Copy line 92 from *Schedule A/B*.................................................................................. $     **287,920.61**

| Part 2: | **Summary of Liabilities** |
|---|---|

2. ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.................................... $     **0.00**

3. ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*........................................................... $     **209,949.30**

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*................................................ +$     **10,942,524.61**

4. Total liabilities ...............................................................................................................
    Lines 2 + 3a + 3b     $     **11,152,473.91**

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name     **Emerald Health Bioceuticals, Inc.**

United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF CALIFORNIA

Case number (if known)   _____

☐ Check if this is an
   amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property          12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

1. Does the debtor have any cash or cash equivalents?

   ☐ No.  Go to Part 2.
   ■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

3.  **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **Comerica Checking Account** | **Checking** | 7087 | $42,191.96 |

4.  **Other cash equivalents** *(Identify all)*

5.  **Total of Part 1.**

    Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

    | $42,191.96 |
    |---|

| Part 2: | Deposits and Prepayments |
|---|---|

6. Does the debtor have any deposits or prepayments?

   ■ No.  Go to Part 3.
   ☐ Yes Fill in the information below.

| Part 3: | Accounts receivable |
|---|---|

10. Does the debtor have any accounts receivable?

    ☐ No.  Go to Part 4.
    ■ Yes Fill in the information below.

11.  **Accounts receivable**

| | 11b. Over 90 days old: | 451,457.30 | - | 225,728.65 | =.... | $225,728.65 |
|---|---|---|---|---|---|---|
| | | face amount | | doubtful or uncollectible accounts | | |

Debtor    **Emerald Health Bioceuticals, Inc.**                    Case number *(If known)* _____
                    Name

| 12. | **Total of Part 3.** | | | $225,728.65 |
|---|---|---|---|---|
| | Current value on lines 11a + 11b = line 12.  Copy the total to line 82. | | | |

| **Part 4:** | **Investments** |
|---|---|

13. **Does the debtor own any investments?**

☐ No.  Go to Part 5.
■ Yes Fill in the information below.

| | | **Valuation method used for current value** | **Current value of debtor's interest** |
|---|---|---|---|
| 14. | **Mutual funds or publicly traded stocks not included in Part 1**<br>Name of fund or stock: | | |
| 15. | **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**<br>Name of entity:    % of ownership | | |
| 15.1. | **49% stock ownership of Emerald Health Naturals, Inc., a Canadian Corporation. EHN's sole business was to distribute EHB products in Canada.  EHN has limited inventory of its own.**    **49** % | **Liquidation** | **Unknown** |
| 16. | **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**<br>Describe: | | |
| 17. | **Total of Part 4.**<br>Add lines 14 through 16.  Copy the total to line 83. | | **$0.00** |

| **Part 5:** | **Inventory, excluding agriculture assets** |
|---|---|

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
■ Yes Fill in the information below.

| | **General description** | **Date of the last physical inventory** | **Net book value of debtor's interest** (Where available) | **Valuation method used for current value** | **Current value of debtor's interest** |
|---|---|---|---|---|---|
| 19. | **Raw materials** | | | | |
| 20. | **Work in progress** | | | | |
| 21. | **Finished goods, including goods held for resale**<br>**Inventory - Wholesale value was estimated at $2,615,000 at the last inventory. Current market value is unknown as some product is out of date.** | **May 2020** | **Unknown** | **Wholesale** | **Unknown** |
| 22. | **Other inventory or supplies** | | | | |

| 23. | **Total of Part 5.** | | | **$0.00** |
|---|---|---|---|---|
| | Add lines 19 through 22.  Copy the total to line 84. | | | |

24. **Is any of the property listed in Part 5 perishable?**

Debtor    **Emerald Health Bioceuticals, Inc.**                    Case number *(If known)* _____
          Name

☑ No
☐ Yes

25.  **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
     ☑ No
     ☐ Yes. Book value _____ Valuation method _____ Current Value _____

26.  **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
     ☑ No
     ☐ Yes

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |

27.  **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

     ☑ No.  Go to Part 7.
     ☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |

38.  **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

     ☐ No.  Go to Part 8.
     ☑ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39.  **Office furniture**<br>**Various office furniture and furnishings -**<br>**approximate current value** | **$0.00** | | **$10,000.00** |
| 40.  **Office fixtures** | | | |
| 41.  **Office equipment, including all computer equipment and communication systems equipment and software**<br>**Two computers** | **Unknown** | | **Unknown** |
| 42.  **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |

43.  **Total of Part 7.**                                            **$10,000.00**
     Add lines 39 through 42.  Copy the total to line 86.

44.  **Is a depreciation schedule available for any of the property listed in Part 7?**
     ☑ No
     ☐ Yes

45.  **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
     ☑ No
     ☐ Yes

| Part 8: | Machinery, equipment, and vehicles |

46.  **Does the debtor own or lease any machinery, equipment, or vehicles?**

     ☑ No.  Go to Part 9.
     ☐ Yes Fill in the information below.

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

Debtor    **Emerald Health Biceuticals, Inc.**

Name

Case number *(If known)* _____

---

| Part 9: | Real property |
|---|---|

**54. Does the debtor own or lease any real property?**

☑ No.  Go to Part 10.
☐ Yes Fill in the information below.

---

| Part 10: | Intangibles and intellectual property |
|---|---|

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.
☑ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 60. | **Patents, copyrights, trademarks, and trade secrets** **Patent on Phytocann Complex -** **NON-CANNABIS PHYTOCANNABINOID** **COMPOSITIONS AND USES THEREOF** | Unknown | N/A | Unknown |
| 61. | **Internet domain names and websites** **www.emeraldhealthbio.com** | Unknown | N/A | Unknown |
| 62. | **Licenses, franchises, and royalties** | | | |
| 63. | **Customer lists, mailing lists, or other compilations** **Customer list** | Unknown | N/A | Unknown |
| 64. | **Other intangibles, or intellectual property** | | | |
| 65. | **Goodwill** | | | |

| 66. | **Total of Part 10.** | | |
|---|---|---|---|
| | Add lines 60 through 65. Copy the total to line 89. | | **$0.00** |

**67.    Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**
☑ No
☐ Yes

**68.    Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
☑ No
☐ Yes

**69.    Has any of the property listed in Part 10 been appraised by a professional within the last year?**
☑ No
☐ Yes

---

| Part 11: | All other assets |
|---|---|

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.
☑ Yes Fill in the information below.

---

Official Form 206A/B                    Schedule A/B Assets - Real and Personal Property                    page 4

Debtor    **Emerald Health Bioceuticals, Inc.**                          Case number *(If known)* _____
               Name

|  | Current value of debtor's interest |
|---|---|
| 71. | **Notes receivable** Description (include name of obligor) | |
| 72. | **Tax refunds and unused net operating losses (NOLs)** Description (for example, federal, state, local) | |
| 73. | **Interests in insurance policies or annuities** | |
| 74. | **Causes of action against third parties (whether or not a lawsuit has been filed)** | |
| 75. | **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims** | |
| 76. | **Trusts, equitable or future interests in property** | |
| 77. | **Other property of any kind not already listed** *Examples:* Season tickets, country club membership **Reimbursemnt check anticipated to be coming from CNA Insurance.** | $10,000.00 |

| 78. | **Total of Part 11.** Add lines 71 through 77. Copy the total to line 90. | $10,000.00 |
|---|---|---|

79.  **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
■ No
☐ Yes

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

Debtor    **Emerald Health Bioceuticals, Inc.**
_____
Name

Case number *(If known)* _____

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $42,191.96 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $225,728.65 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $10,000.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*.......................................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $10,000.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $287,920.61 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $287,920.61 |

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Gaetano Morello** |
| | First Name   Middle Name   Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name   Middle Name   Last Name |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF CALIFORNIA |
| Case number | _____ |
| (if known) | |

☐ Check if this is an amended filing

## Official Form 106C
## Schedule C: The Property You Claim as Exempt                    4/19

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

**For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.**

**Part 1:    Identify the Property You Claim as Exempt**

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

   ■ You are claiming state and federal nonbankruptcy exemptions.   11 U.S.C. § 522(b)(3)

   ☐ You are claiming federal exemptions.   11 U.S.C. § 522(b)(2)

2. **For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| Brief description:<br>Line from *Schedule A/B*: | _____ | ☐ _____<br>☐ 100% of fair market value, up to any applicable statutory limit | |

3. **Are you claiming a homestead exemption of more than $170,350?**
   (Subject to adjustment on 4/01/22 and every 3 years after that for cases filed on or after the date of adjustment.)

   ■ No

   ☐ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?

   　　☐ No

   　　☐ Yes

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    **Emerald Health Bioceuticals, Inc.**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF CALIFORNIA

Case number (if known) _____

☐ Check if this is an
amended filing

Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property    **12/15**

**Be as complete and accurate as possible.**

**1. Do any creditors have claims secured by debtor's property?**

■ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

**Fill in this information to identify the case:**

Debtor name        **Emerald Health Bioceuticals, Inc.**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF CALIFORNIA

Case number (if known)

☐ Check if this is an
    amended filing

# Official Form 206E/F
# Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:    List All Creditors with PRIORITY Unsecured Claims**

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

    ☐ No. Go to Part 2.

    ■ Yes. Go to line 2.

2.  **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
    with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|
| **2.1** | Priority creditor's name and mailing address<br>**Elena Traistaru**<br>**11444 Aspendell Drive**<br>**San Diego, CA 92131** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$105,000.00** | **Unknown** |
|  | Date or dates debt was incurred<br>**2019-2020** | Basis for the claim:<br>**Salary - Interim CFO** | | |
|  | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| **2.2** | Priority creditor's name and mailing address<br>**Gaetano Morello**<br>**9 Heritage Peak Rd.**<br>**Port Moody, BC V3H 0H5**<br>**Canada** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$37,500.00** | **Unknown** |
|  | Date or dates debt was incurred<br>**2019-2020** | Basis for the claim:<br>**salary and consulting fees - former CEO** | | |
|  | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **Emerald Health Bioceuticals, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $900.00 | Unknown |
|---|---|---|---|---|

**Sara Pluta**
**10936 East Desert Troon Lane**
**Scottsdale, AZ 85255**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2019-2020**

Basis for the claim:
**Former employee- Director**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $26,149.30 | Unknown |
|---|---|---|---|---|

**Stuart Hutchinson**
**1394 Tributary Ct**
**Fort Collins, CO 80521**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2019 - 2020**

Basis for the claim:
**Former employee**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $40,400.00 | Unknown |
|---|---|---|---|---|

**Tuan Diep**
**13504 Scarlet Sage Trail**
**San Diego, CA 92130**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2019-2020**

Basis for the claim:
**Severance - former President**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**Part 2:**   **List All Creditors with NONPRIORITY Unsecured Claims**

3.   **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | **Amount of claim** |
|---|---|---|

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,700.00 |
|---|---|---|---|

**Akin's Natural Foods**
**7807 E 51st St**
**Tulsa, OK 74145**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  1/14/20

Basis for the claim:  **Business Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $150.00 |
|---|---|---|---|

**Alenni Romero**
**4834 N Casas Serenas Dr**
**Tucson, AZ 85705**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  2/8/20

Basis for the claim:  **Business Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Emerald Health Bioceuticals, Inc.** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

| 3.3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$675.00** |
|---|---|---|---|
| | **All About You LLC** | ☐ Contingent | |
| | **1730 S Federal Hwy #287** | ☐ Unliquidated | |
| | **Delray Beach, FL 33483** | ☐ Disputed | |
| | Date(s) debt was incurred  2/15/20 | | |
| | | **Basis for the claim:  Business Debt** | |
| | Last 4 digits of account number __ | | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$10,889.00** |
|---|---|---|---|
| | **Amin Talati Upadhye, LLP** | ☐ Contingent | |
| | **100 South Wacker Dr. Suite 2000** | ☐ Unliquidated | |
| | **Chicago, IL 60606** | ☐ Disputed | |
| | Date(s) debt was incurred  3/19/20 | | |
| | | **Basis for the claim:  Business Debt** | |
| | Last 4 digits of account number __ | | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$500.00** |
|---|---|---|---|
| | **Angela Donald** | ☐ Contingent | |
| | **164 Kingswood Dr** | ☐ Unliquidated | |
| | **Hammonds Plains, NS B4B1K4** | ☐ Disputed | |
| | Date(s) debt was incurred  1/30/20 | | |
| | | **Basis for the claim:  Business Debt** | |
| | Last 4 digits of account number __ | | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$900.00** |
|---|---|---|---|
| | **Annmarie R Revet** | ☐ Contingent | |
| | **PO Box 5723** | ☐ Unliquidated | |
| | **Irvine, CA 92603** | ☐ Disputed | |
| | Date(s) debt was incurred  2/8/20 | | |
| | | **Basis for the claim:  Business Debt** | |
| | Last 4 digits of account number __ | | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$680.00** |
|---|---|---|---|
| | **AON RISK INSURANCE SERVICES WEST, INC.** | ☐ Contingent | |
| | **P.O. BOX 849832** | ☐ Unliquidated | |
| | **LOS ANGELES, CA 90084** | ☐ Disputed | |
| | Date(s) debt was incurred  10/26/19 | | |
| | | **Basis for the claim:  Business Debt** | |
| | Last 4 digits of account number  5 | | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$25,000.00** |
|---|---|---|---|
| | **Avtar Dhillon** | ☐ Contingent | |
| | **55 Vista Del Golfo** | ☐ Unliquidated | |
| | **Long Beach, CA 90803** | ☐ Disputed | |
| | Date(s) debt was incurred  January 2020 | | |
| | | **Basis for the claim:  Loan** | |
| | Last 4 digits of account number __ | | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$6,333.01** |
|---|---|---|---|
| | **Beyond Benefits** | ☐ Contingent | |
| | **P.O. Box 87610** | ☐ Unliquidated | |
| | **San Diego, CA 92138** | ☐ Disputed | |
| | Date(s) debt was incurred  5/1/20 | | |
| | | **Basis for the claim:  Business Debt** | |
| | Last 4 digits of account number __ | | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

Debtor    **Emerald Health Bioceuticals, Inc.**                                     Case number (if known) _____
       Name

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $12,000.00 |
|---|---|---|---|

**BLAZEPR**
**808 State St**
**Santa Barbara, CA 93101**
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **10/31/19**
Last 4 digits of account number __

Basis for the claim: **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $14,070.00 |
|---|---|---|---|

**Brittany Ann Wittelsberger**
**9 Shelbys Path, Apt G**
**Sparks, MD 21152**
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2/21/20**
Last 4 digits of account number __

Basis for the claim: **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $526,784.00 |
|---|---|---|---|

**Captek**
**16218 Arthur Street**
**Cerritos, CA 90703**
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **9/28/19**
Last 4 digits of account number __

Basis for the claim: **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $126,767.00 |
|---|---|---|---|

**CAS BioSciences, LLC**
**1501 Broadway 12th Floor**
**New York, NY 10036**
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **11/14/19**
Last 4 digits of account number __

Basis for the claim: **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $150.00 |
|---|---|---|---|

**Charlane Choquette**
**1430 N Cloverland Ave**
**Tucson, AZ 85712**
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2/8/20**
Last 4 digits of account number __

Basis for the claim: **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,559.96 |
|---|---|---|---|

**CNA INSURANCE**
**P.O. BOX 790094**
**ST LOUIS, MO 63179**
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **4/9/20**
Last 4 digits of account number **8732**

Basis for the claim: **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $22,900.00 |
|---|---|---|---|

**Connell Communications, Inc.**
**5 Speen St**
**Framingham, MA 01701**
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **12/16/19**
Last 4 digits of account number __

Basis for the claim: **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Emerald Health Bioceuticals, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $26,250.00 |
|---|---|---|---|

**Cruz Bay Publishing**
**5720 Flatiron Parkway**
**Boulder, CO 80301**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  1/4/20

Basis for the claim:  **Business Debt**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $6,000.00 |
|---|---|---|---|

**Dana Samu**
**226 Hiawatha Dr**
**West Vancouver, BC V7P 1E1**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  2/16/20

Basis for the claim:  **Business Debt**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $81,405.00 |
|---|---|---|---|

**Deloitte & Touche LLP**
**4022 Sells Drive**
**Hermitage, TN 37076**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  3/30/20

Basis for the claim:  **Business Debt**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,550.00 |
|---|---|---|---|

**Demos on the Go**
**3059 View Ridge Dr.**
**Spring Branch, TX 78070**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  2/8/20

Basis for the claim:  **Business Debt**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,441.80 |
|---|---|---|---|

**Doctor Health, Inc.**
**1215 South Kihei Road**
**Suite O-505**
**Kihei, Maui, HI 96753**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  9/30/19

Basis for the claim:  **Business Debt**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $67,611.00 |
|---|---|---|---|

**Dynamic Presence**
**12 Executive Court**
**South Barrington, IL 60010**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  4/15/20

Basis for the claim:  **Business Debt**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $850.00 |
|---|---|---|---|

**Earth Origins Market**
**7807 E 51 St**
**Tulsa, OK 74145**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  1/14/20

Basis for the claim:  **Business Debt**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Emerald Health Biocetuticals, Inc.** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

| 3.24 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $3,500.00 |
|---|---|---|---|

**Economics Partrners, LLC**
**PO Box 848351**
**Dallas, TX 75284**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  1/4/20

Basis for the claim:  **Business Debt**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

| 3.25 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $250.00 |
|---|---|---|---|

**Edgar Agents, LLC**
**105 White Oak Lane**
**Suite 104**
**Old Bridge, NJ 08857**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  10/30/19

Basis for the claim:  **Business Debt**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

| 3.26 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $1,351.00 |
|---|---|---|---|

**Edisoft**
**1210 Sheppard Ave East**
**Suite 710**
**Toronto, ON M2K 1E3**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  3/24/20

Basis for the claim:  **Business Debt**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

| 3.27 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $15,595.00 |
|---|---|---|---|

**Efficient Collaborative Retail Marketing**
**27070 Miles Road, Suite A**
**Solon, OH 44139**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  8/25/19

Basis for the claim:  **Business Debt**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

| 3.28 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $24,773.85 |
|---|---|---|---|

**Emerald Health Biotechnology Espana, S.L**
**Parque Cientifico Tecnologico de Cordoba**
**Rabanales 21 Edif.Cantauro ID 18.1 Prime**
**Cordoba  14014**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  1/26/20

Basis for the claim:  **Business Debt**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

| 3.29 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $28,254.00 |
|---|---|---|---|

**Emerald Health Pharmaceuticals**
**850 Burton Rd**
**Ste 201**
**Dover, DE 19904**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  2019

Basis for the claim:  **Loan**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

| 3.30 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $36,771.00 |
|---|---|---|---|

**Emerald Health Pharmaceuticals Inc**
**5910 Pacific Center Blvd, Ste 300**
**San Diego, CA 92121**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  1/30/20

Basis for the claim:  **Business Debt**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

Debtor  **Emerald Health Bioceuticals, Inc.**                    Case number (if known) _____
_____
Name

| | | |
|---|---|---|
| 3.31 | **Nonpriority creditor's name and mailing address** | $8,627,748.00 |

**Emerald Health Sciences**
**2500 Park Place**
**666 Burard St**
**Vancouver, BC., V6C 2X8**

**Date(s) debt was incurred** _2019-2020_

**Last 4 digits of account number** _ _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Loan_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.32 | **Nonpriority creditor's name and mailing address** | $2,371.00 |

**Emerson Ecologics, LLC**
**1230 Elm St. Ste 301**
**Manchester, NH 03101**

**Date(s) debt was incurred** _12/21/19_

**Last 4 digits of account number** _ _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Business Debt_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.33 | **Nonpriority creditor's name and mailing address** | $2,207.09 |

**England Logistics, Inc.**
**1325 South 4700 West**
**Salt Lake City, UT 84104**

**Date(s) debt was incurred** _12/12/19_

**Last 4 digits of account number** _ _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Business Debt_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.34 | **Nonpriority creditor's name and mailing address** | $5,313.50 |

**Eurofins BioDagnostics, Inc.**
**507 Highland Dr**
**River Falls, WI 54022**

**Date(s) debt was incurred** _12/1/19_

**Last 4 digits of account number** _ _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Business Debt_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.35 | **Nonpriority creditor's name and mailing address** | $16,505.00 |

**Foerstel Design, Inc.**
**249 South 16th Street**
**Boise, ID 83702**

**Date(s) debt was incurred** _1/30/20_

**Last 4 digits of account number** _ _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Business Debt_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.36 | **Nonpriority creditor's name and mailing address** | $1,500.00 |

**Fox Rothschild LLP**
**2000 Market St, 20th Floor**
**Philadelphia, PA 19103**

**Date(s) debt was incurred** _12/11/19_

**Last 4 digits of account number** _ _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Business Debt_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.37 | **Nonpriority creditor's name and mailing address** | $250.00 |

**Frazier Farms Market**
**1820 Oceanside Blvd**
**Oceanside, CA 92054**

**Date(s) debt was incurred** _1/30/20_

**Last 4 digits of account number** _ _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Business Debt_

Is the claim subject to offset? ■ No ☐ Yes

Debtor    **Emerald Health Bioceuticals, Inc.**        Case number *(if known)* _____

Name

| 3.38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $500.00 |
|---|---|---|---|

**Fruitful Yield, Inc.**
**244 Knollwood Drive**
**Suite 200**
**Bloomingdale, IL 60117-0001**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred   3/25/20

**Basis for the claim:**   **Business Debt**

Last 4 digits of account number   _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $28,367.00 |
|---|---|---|---|

**Furniture Environments**
**6196 Sunset Crest Way**
**San Diego, CA 92121**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred   10/15/19

**Basis for the claim:**   **Business Debt**

Last 4 digits of account number  

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $25,000.00 |
|---|---|---|---|

**Gaetano Morello**
**9 Heritage Peak Rd.**
**Port Moody, BC V3H 0H5**
**Canada**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred   January 2020

**Basis for the claim:**   **Loan**

Last 4 digits of account number  

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,208.50 |
|---|---|---|---|

**GENIUS CENTRAL SYSTEMS, INC.**
**DEPT CH 19799**
**PALATINE, IL 60055**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred   4/3/20

**Basis for the claim:**   **Business Debt**

Last 4 digits of account number   _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $331.25 |
|---|---|---|---|

**Gowling WLG (CANADA) LLP**
**160 Elgin St. Suite 2600**
**Ottawa, ON K1P 1C3**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred   12/6/19

**Basis for the claim:**   **Business Debt**

Last 4 digits of account number   _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.43 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $654,070.86 |
|---|---|---|---|

**Greenberg Traurig, LLP**
**1201 K Street Suite 1100**
**Sacramento, CA 95814**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred   5/3/20

**Basis for the claim:**   **Business Debt**

Last 4 digits of account number   _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.44 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $300.00 |
|---|---|---|---|

**Gwenlyn Giguere**
**100 Quiet Desert Ln**
**Henderson, NV 89074**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred   2/8/20

**Basis for the claim:**   **Business Debt**

Last 4 digits of account number   _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Emerald Health Bioceuticals, Inc.**                    Case number (if known) _____
_____
Name

| 3.45 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $440.00 |
|---|---|---|---|

**Health Quest Podcast, LLC**
2730 Summerset Circle
Suamico, WI - WISCONSIN 54173-0000

□ Contingent
□ Unliquidated
□ Disputed

Date(s) debt was incurred  **3/19/20**

Basis for the claim:  **Business Debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No □ Yes

---

| 3.46 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $16,107.50 |
|---|---|---|---|

**Heather Angeline, Inc**
5464 Caminito Exquisito
San Diego, CA 92130

□ Contingent
□ Unliquidated
□ Disputed

Date(s) debt was incurred  **2/6/20**

Basis for the claim:  **Business Debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No □ Yes

---

| 3.47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,050.00 |
|---|---|---|---|

**Heather Stone**
29204 Via Estancia
Valencia, CA 91354

□ Contingent
□ Unliquidated
□ Disputed

Date(s) debt was incurred  **2/15/20**

Basis for the claim:  **Business Debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No □ Yes

---

| 3.48 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $113.00 |
|---|---|---|---|

**ID.me Inc.**
8281 Greensboro Dr. Suite 600
Tysons, VA 22102

□ Contingent
□ Unliquidated
□ Disputed

Date(s) debt was incurred  **3/30/20**

Basis for the claim:  **Business Debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No □ Yes

---

| 3.49 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $720.00 |
|---|---|---|---|

**Ilona Paley**
322 Culver Blvd #250
Playa del Rey, CA 90293

□ Contingent
□ Unliquidated
□ Disputed

Date(s) debt was incurred  **2/8/20**

Basis for the claim:  **Business Debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No □ Yes

---

| 3.50 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $15,630.00 |
|---|---|---|---|

**Informa Media, Inc.**
1100 Superior Ave
Cleveland, OH 44114

□ Contingent
□ Unliquidated
□ Disputed

Date(s) debt was incurred  **3/21/20**

Basis for the claim:  **Business Debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No □ Yes

---

| 3.51 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $205.36 |
|---|---|---|---|

**Inmar-YouTech, LLC**
2001 Junipero Serra Blvd. Ste.400
Daly City, CA 94014

□ Contingent
□ Unliquidated
□ Disputed

Date(s) debt was incurred  **4/16/20**

Basis for the claim:  **Business Debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No □ Yes

Debtor **Emerald Health Bioceuticals, Inc.**
_____
Name

Case number (if known) _____

| | | |
|---|---|---|
| 3.52 | **Nonpriority creditor's name and mailing address**<br>**Interactions**<br>**9520 Towne Centre Dr**<br>**Suite 120**<br>**San Diego, CA 92121**<br><br>Date(s) debt was incurred  **3/1/20**<br><br>Last 4 digits of account number __ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:  Business Debt**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$5,820.00** |
| 3.53 | **Nonpriority creditor's name and mailing address**<br>**Janice Hanna**<br>**1129 Broadway**<br>**San Diego, CA 92101**<br><br>Date(s) debt was incurred  **2/8/20**<br><br>Last 4 digits of account number __ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:  Business Debt**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$300.00** |
| 3.54 | **Nonpriority creditor's name and mailing address**<br>**Jarred Botha**<br>**10318 Molino Rd**<br>**Santee, CA 92071**<br><br>Date(s) debt was incurred  **1/15/20**<br><br>Last 4 digits of account number __ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:  Business Debt**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$150.00** |
| 3.55 | **Nonpriority creditor's name and mailing address**<br>**Jonni Vann**<br>**2527 Redfield Drive**<br>**Norcross, GA 30071**<br><br>Date(s) debt was incurred  **1/15/20**<br><br>Last 4 digits of account number __ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:  Business Debt**<br><br>Is the claim subject to offset? ☐ No ☐ Yes | **$601.62** |
| 3.56 | **Nonpriority creditor's name and mailing address**<br>**Katelyn Sayad**<br>**1600 Ovaltine Court, Unit 1636**<br>**Villa Park, IL 60181**<br><br>Date(s) debt was incurred  **2/15/20**<br><br>Last 4 digits of account number __ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:  Business Debt**<br><br>Is the claim subject to offset? ☐ No ☐ Yes | **$1,710.00** |
| 3.57 | **Nonpriority creditor's name and mailing address**<br>**Kathy F. Baudoin**<br>**533 Louisiana Ave**<br>**Slidell, LA 70458**<br><br>Date(s) debt was incurred  **2/8/20**<br><br>Last 4 digits of account number __ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:  Business Debt**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$1,890.00** |
| 3.58 | **Nonpriority creditor's name and mailing address**<br>**Koning Zollar LLP**<br>**2210 Encinitas Blvd #S**<br>**Encinitas, CA 92024**<br><br>Date(s) debt was incurred  **12/5/19**<br><br>Last 4 digits of account number __ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:  Business Debt**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$472.50** |

| Debtor | **Emerald Health Bioceuticals, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.59 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,560.00** |
|---|---|---|---|
| | **Kristin Bryans**<br>**7574 Jennite Drive**<br>**San Diego, CA 92119** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  **1/30/20** | **Basis for the claim:  Contract** | |
| | Last 4 digits of account number  **16EH** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.60 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$288.00** |
|---|---|---|---|
| | **Law Office of Bayne & Associates**<br>**601 Pennsylvania Ave, NW**<br>**Suite 900 South Bldg**<br>**Washington, DC 20004** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  **11/29/19** | **Basis for the claim:  Business Debt** | |
| | Last 4 digits of account number  _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.61 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$375.00** |
|---|---|---|---|
| | **Lisa Loos**<br>**4700 W Simpson Rd**<br>**Edmond, OK 73025** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  **2/8/20** | **Basis for the claim:  Business Debt** | |
| | Last 4 digits of account number  _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.62 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$66,396.75** |
|---|---|---|---|
| | **Lohman & Dehner Inc.**<br>**2262 Carmel Valley Road, Suite 200**<br>**Del Mar, CA 92014** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  **2/25/20** | **Basis for the claim:  Business Debt** | |
| | Last 4 digits of account number  _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.63 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$12,247.00** |
|---|---|---|---|
| | **Lucid Consulting, LLC**<br>**336 36th St Ste 342**<br>**Bellingham, WA 98225** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  **3/30/20** | **Basis for the claim:  Business Debt** | |
| | Last 4 digits of account number  _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.64 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$150.00** |
|---|---|---|---|
| | **Magdalena Paszkowska**<br>**1042 Elmwood Ln**<br>**Elk Grove Village, IL 60007** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  **12/30/19** | **Basis for the claim:  Business Debt** | |
| | Last 4 digits of account number  _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.65 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$300.00** |
|---|---|---|---|
| | **Marla Finley**<br>**198 Southgate Dr**<br>**Lancaster, PA 17602** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  **2/8/20** | **Basis for the claim:  Business Debt** | |
| | Last 4 digits of account number  _ | Is the claim subject to offset? ■ No ☐ Yes | |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

Debtor   **Emerald Health Bioceuticals, Inc.**

Case number (if known) _____

Name

| 3.66 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $24,999.99 |
|---|---|---|---|

**Michael T. Murray, N.D**
18650 N Thompson Peak Pkwy #1061
Scottsdale, AZ 85255

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  3/29/20**

**Basis for the claim:  Business Debt**

**Last 4 digits of account number __**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.67 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,179.11 |
|---|---|---|---|

**Milano Promotional Services, Inc.**
2615 River Road Unit #1
Cinnaminson, NJ 08077

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  4/23/20**

**Basis for the claim:  Business Debt**

**Last 4 digits of account number __**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.68 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,732.00 |
|---|---|---|---|

**Morrison & Foerster LLP**
PO Box 742335
Los Angeles, CA 90074

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  4/19/20**

**Basis for the claim:  Business Debt**

**Last 4 digits of account number __**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.69 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $375.00 |
|---|---|---|---|

**Nancy L. Bell**
3034 Campfire Dr
Lawrence, KS 66049

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  2/15/20**

**Basis for the claim:  Business Debt**

**Last 4 digits of account number __**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.70 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,000.00 |
|---|---|---|---|

**National Cooperative Grocers Association**
14 S Linn St
Iowa City, IA 52240

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  2/11/20**

**Basis for the claim:  Business Debt**

**Last 4 digits of account number __**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.71 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,400.00 |
|---|---|---|---|

**Natur-Tyme, Inc.**
3160 Erie Blvd East
DeWitt, NY 13214

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  11/18/19**

**Basis for the claim:  Business Debt**

**Last 4 digits of account number __**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.72 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,100.00 |
|---|---|---|---|

**Natural  Partners, Inc.**
8445 E Hartford Dr
Scottsdale, AZ 85255

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  12/31/19**

**Basis for the claim:  Business Debt**

**Last 4 digits of account number __**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Emerald Health Bioceuticals, Inc.**                              Case number (if known) _____
_____
Name

| | |
|---|---|
| 3.73 | **Nonpriority creditor's name and mailing address** |
| | **Natural Products Association** |
| | 440 1st St. NW Ste. 520 |
| | Washington, DC 20001 |

**Date(s) debt was incurred** _1/31/20_

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Business Debt_

Is the claim subject to offset? ☑ No ☐ Yes

$2,750.00

---

| | |
|---|---|
| 3.74 | **Nonpriority creditor's name and mailing address** |
| | **Naturemed Research, Inc.** |
| | 12153 Salix Way |
| | San Diego, CA 92129 |

**Date(s) debt was incurred** _4/14/20_

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Business Debt_

Is the claim subject to offset? ☑ No ☐ Yes

$45,056.00

---

| | |
|---|---|
| 3.75 | **Nonpriority creditor's name and mailing address** |
| | **ORCA Naturals** |
| | 4302 E La Puente Ave |
| | Phoenix, AZ 85044 |

**Date(s) debt was incurred** _4/15/20_

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Business Debt_

Is the claim subject to offset? ☑ No ☐ Yes

$31,171.07

---

| | |
|---|---|
| 3.76 | **Nonpriority creditor's name and mailing address** |
| | **Palko Distributing** |
| | 4991 W US Hwy 20 |
| | Michigan City, IN 46360 |

**Date(s) debt was incurred** _2/8/20_

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Business Debt_

Is the claim subject to offset? ☑ No ☐ Yes

$3,000.00

---

| | |
|---|---|
| 3.77 | **Nonpriority creditor's name and mailing address** |
| | **Pathway Consulting Group Ltd** |
| | 105 Madison Way |
| | Lansdale, PA 19446 |

**Date(s) debt was incurred** _6/8/20_

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Business Debt_

Is the claim subject to offset? ☑ No ☐ Yes

$14,354.00

---

| | |
|---|---|
| 3.78 | **Nonpriority creditor's name and mailing address** |
| | **Pegasus Marketing & Design, Inc.** |
| | 338 Via Vera Cruz #160 |
| | San Marcos, CA 92078 |

**Date(s) debt was incurred** _11/13/19_

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Business Debt_

Is the claim subject to offset? ☑ No ☐ Yes

$35,577.00

---

| | |
|---|---|
| 3.79 | **Nonpriority creditor's name and mailing address** |
| | **Phillip Harvey** |
| | c/o Manuel Corrales, Jr. |
| | 17140 Bernardo Center Drive, Ste 358 |
| | San Diego, CA 92128 |

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** _Lawsuit for wrongful discharge_

Is the claim subject to offset? ☑ No ☐ Yes

Unknown

---

Debtor **Emerald Health Bioceuticals, Inc.** _____  Case number (if known) _____
Name

| | |
|---|---|
| 3.80 | **Nonpriority creditor's name and mailing address** |

**Planet One Ventures, Inc.**
**856 Glen Arbor Dr.**
**Encinitas, CA 92024**

Date(s) debt was incurred  **2/8/20**

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ■ No  ☐ Yes

**$450.00**

---

| | |
|---|---|
| 3.81 | **Nonpriority creditor's name and mailing address** |

**Pulse Marketing Inc.**
**38625 Calistoga Dr. #100**
**Murrieta, CA 92563**

Date(s) debt was incurred  **10/15/19**

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ■ No  ☐ Yes

**$8,381.25**

---

| | |
|---|---|
| 3.82 | **Nonpriority creditor's name and mailing address** |

**Punit Dhillon**
**11220 Corte Belleza**
**San Diego, CA 92130**

Date(s) debt was incurred  **January 2020**

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Loan**

Is the claim subject to offset? ■ No  ☐ Yes

**$25,000.00**

---

| | |
|---|---|
| 3.83 | **Nonpriority creditor's name and mailing address** |

**Rachel Elaine Smith**
**4239 Menlo Dr**
**Wichita, KS 67218**

Date(s) debt was incurred  **2/8/20**

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ■ No  ☐ Yes

**$229.81**

---

| | |
|---|---|
| 3.84 | **Nonpriority creditor's name and mailing address** |

**Real Food with Dana**
**8620 Manchester Rd #3**
**Silver Spring, MD 20901**

Date(s) debt was incurred  **12/27/19**

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ■ No  ☐ Yes

**$600.00**

---

| | |
|---|---|
| 3.85 | **Nonpriority creditor's name and mailing address** |

**SBS LEASING A PROGRAM OF DE LAGE LANDEN**
**1111 Old Eagle School Rd**
**Wayne, PA 19087**

Date(s) debt was incurred  **4/6/20**

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ■ No  ☐ Yes

**$594.00**

---

| | |
|---|---|
| 3.86 | **Nonpriority creditor's name and mailing address** |

**SELECT MAILING**
**9770 CARROLL CANYON RD STE E**
**SAN DIEGO, CA 92126**

Date(s) debt was incurred  **12/27/19**

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ■ No  ☐ Yes

**$596.50**

---

Debtor **Emerald Health Bioceuticals, Inc.**
_____
Name

Case number (*if known*) _____

---

| 3.87 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$423.46** |
|------|---|---|---|

**Sharp Electronics Corporation dba Sharp**
**8670 Argent St**
**Santee, CA 92071**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **1/11/20**

Basis for the claim:  **Business Debt**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.88 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$90.00** |

**Shelly LeAnn Jones**
**4619 Royal Oak Rd**
**Santa Maria, CA 93455**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **1/15/20**

Basis for the claim:  **Business Debt**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.89 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$495.00** |

**SPS Commerce, Inc.**
**333 South Seventh St., Suite 1000**
**Minneapolis, MN 55402**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **3/1/20**

Basis for the claim:  **Business Debt**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.90 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$6,975.00** |

**Standard Electronics**
**9340 Stevens Road**
**antee, CA 92071**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **12/6/19**

Basis for the claim:  **Business Debt**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.91 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$175.00** |

**Stanley Cutts**
**4001 W Sharon Ave.**
**Phoenix, AZ 85029**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2/8/20**

Basis for the claim:  **Business Debt**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.92 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$639.28** |

**STAPLES**
**PO Box 105638**
**Atlanta, GA 30348**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Basis for the claim:  **Business Debt**

Last 4 digits of account number  **3020**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.93 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$510.00** |

**Super Natural Distributors**
**W2296 N1680 Westwood Dr. Ste. C**
**Waukesha, WI 53186**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **3/2/20**

Basis for the claim:  **Business Debt**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor  **Emerald Health Bioceuticals, Inc.**
Name

Case number (if known) _____

| 3.94 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$600.00** |
|---|---|---|---|

**Susanne Bell**
14724 125th St KPN
Gig Harbor, WA 98329

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  1/30/20

Basis for the claim:  **Business Debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.95 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$8,546.21** |
|---|---|---|---|

**Tension Envelope Corporation**
819 E 19th St
Kansas City, MO 64108

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  9/29/19

Basis for the claim:  **Business Debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.96 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,295.00** |
|---|---|---|---|

**The Data Council, LLC c/o Advantage Sale**
18100 Von Karman Ave.
Irvine, CA 92612

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  2/2/20

Basis for the claim:  **Business Debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.97 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$4,072.50** |
|---|---|---|---|

**The Ideal Connection Inc.**
30 North Gould, Suite 5953
Sheridan, WY 82801

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  2/29/20

Basis for the claim:  **Business Debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.98 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$6,688.17** |
|---|---|---|---|

**Thrive Market, Inc.**
4509 Glencoe Ave.
Marine Del Rey, CA 90292

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  4/11/20

Basis for the claim:  **Business Debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.99 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$9,600.00** |
|---|---|---|---|

**Thrive Media**
3262 Westheimer Rd. Suite 519
Houston, TX 77098

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  3/21/20

Basis for the claim:  **Business Debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.100 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$825.00** |
|---|---|---|---|

**Trackstreet.com**
9811 W. Charleston Blvd, Ste 2-776
Las Vegas, NV 89117

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  12/27/19

Basis for the claim:  **Business Debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

Debtor **Emerald Health Bioceuticals, Inc.**
_____
Name

Case number *(if known)* _____

| | | |
|---|---|---|
| 3.101 | **Nonpriority creditor's name and mailing address**<br>**Ultimate Vitality, LLC**<br>**100 Ocean Cay Way**<br>**Hypoluxo, FL 33462** | As of the petition filing date, the claim is: *Check all that apply.*  **$2,500.00**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date(s) debt was incurred  1/30/20 | **Basis for the claim:**  **Business Debt** |
| | Last 4 digits of account number  _ | Is the claim subject to offset? ■ No ☐ Yes |
| 3.102 | **Nonpriority creditor's name and mailing address**<br>**UNFI**<br>**313 Iron Horse Way**<br>**Providence, RI 02908** | As of the petition filing date, the claim is: *Check all that apply.*  **$102,940.31**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date(s) debt was incurred  2019-2020 | **Basis for the claim:**  _ |
| | Last 4 digits of account number  _ | Is the claim subject to offset? ■ No ☐ Yes |
| 3.103 | **Nonpriority creditor's name and mailing address**<br>**UPS**<br>**P.O. BOX 894820**<br>**LOS ANGELES, CA 90189** | As of the petition filing date, the claim is: *Check all that apply.*  **$3,892.74**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date(s) debt was incurred  _ | **Basis for the claim:**  **Business Debt** |
| | Last 4 digits of account number  2820 | Is the claim subject to offset? ■ No ☐ Yes |
| 3.104 | **Nonpriority creditor's name and mailing address**<br>**Veronica Letterman**<br>**2541 N Norfolk Ave**<br>**Tulsa, OK 74106** | As of the petition filing date, the claim is: *Check all that apply.*  **$300.00**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date(s) debt was incurred  2/8/20 | **Basis for the claim:**  **Business Debt** |
| | Last 4 digits of account number  _ | Is the claim subject to offset? ■ No ☐ Yes |
| 3.105 | **Nonpriority creditor's name and mailing address**<br>**Vitamin Discount Center, LLC**<br>**5519 Southern Comfort Blvd**<br>**Tampa, FL 33634** | As of the petition filing date, the claim is: *Check all that apply.*  **$1,000.00**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date(s) debt was incurred  10/25/19 | **Basis for the claim:**  **Business Debt** |
| | Last 4 digits of account number  _ | Is the claim subject to offset? ■ No ☐ Yes |
| 3.106 | **Nonpriority creditor's name and mailing address**<br>**VITAMIN RETAILER MAGAZINE, INC.**<br>**431 CRANBURY ROAD SUITE C**<br>**EAST BRUNSWICK, NJ 08816** | As of the petition filing date, the claim is: *Check all that apply.*  **$8,000.00**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date(s) debt was incurred  12/19/20 | **Basis for the claim:**  **Business Debt** |
| | Last 4 digits of account number  _ | Is the claim subject to offset? ■ No ☐ Yes |
| 3.107 | **Nonpriority creditor's name and mailing address**<br>**Wainer Finest Communications, Inc.**<br>**51 Cragwood Road Suite 100**<br>**South Plainfield, NJ 07080** | As of the petition filing date, the claim is: *Check all that apply.*  **$10,060.00**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date(s) debt was incurred  11/17/19 | **Basis for the claim:**  **Business Debt** |
| | Last 4 digits of account number  _ | Is the claim subject to offset? ■ No ☐ Yes |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor    **Emerald Health Bioceuticals, Inc.**
_____    Case number (if known)    _____
Name

| | | |
|---|---|---|
| 3.108 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. **$500.00** |

**Whole Foods Market Services, Inc.**
**550 Bowie St**
**Austin, TX 78703**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  10/30/19

Basis for the claim:  **Business Debt**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

| | | |
|---|---|---|
| 3.109 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. **$13,991.66** |

**Wilson Sonsini Goodrich & Rosati, P.C.**
**650 Page Mill Road**
**Palo Alto, CA 94304**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  11/17/20

Basis for the claim:  **Business Debt**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

**Part 3:    List Others to Be Notified About Unsecured Claims**

4. **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **IDG for Connell Communications**<br>**Terese Patterson**<br>**492 Old Connecticut Path**<br>**Framingham, MA 01701-9208** | Line  3.16<br><br>☐  Not listed. Explain ____ | _ |

---

**Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims**

5.  **Add the amounts of priority and nonpriority unsecured claims.**

| | | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $        209,949.30 |
| 5b. Total claims from Part 2 | 5b.  + | $     10,942,524.61 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $        11,152,473.91 |

**Fill in this information to identify the case:**

Debtor name  **Emerald Health Bioceuticals, Inc.**

United States Bankruptcy Court for the:  SOUTHERN DISTRICT OF CALIFORNIA

Case number (if known)  _____

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                              12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**

   ■ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.

   ☐ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal  Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.1   State what the contract or lease is for and the nature of the debtor's interest  <br><br>State the term remaining  <br><br>List the contract number of any government contract | |
| 2.2   State what the contract or lease is for and the nature of the debtor's interest  <br><br>State the term remaining  <br><br>List the contract number of any government contract | |
| 2.3   State what the contract or lease is for and the nature of the debtor's interest  <br><br>State the term remaining  <br><br>List the contract number of any government contract | |
| 2.4   State what the contract or lease is for and the nature of the debtor's interest  <br><br>State the term remaining  <br><br>List the contract number of any government contract | |

**Fill in this information to identify the case:**

Debtor name __**Emerald Health Bioceuticals, Inc.**__

United States Bankruptcy Court for the: __SOUTHERN DISTRICT OF CALIFORNIA__

Case number (if known) _____

☐ Check if this is an amended filing

Official Form 206H
## Schedule H: Your Codebtors
12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

■ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
☐ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | _____ | Street _____ <br> City     State     Zip Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.2 | _____ | Street _____ <br> City     State     Zip Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.3 | _____ | Street _____ <br> City     State     Zip Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.4 | _____ | Street _____ <br> City     State     Zip Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |

Fill in this information to identify your case:

Debtor 1        **Gaetano Morello**

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF CALIFORNIA

Case number
(If known)

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition chapter
13 income as of the following date:

_____
MM / DD/ YYYY

## Official Form 106I
# Schedule I: Your Income                                    12/15

**Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.**

**Part 1:**    **Describe Employment**

| | | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|---|
| 1. | **Fill in your employment information.** | | |
| | If you have more than one job, attach a separate page with information about additional employers. | **Employment status** ■ Employed ☐ Not employed | ■ Employed ☐ Not employed |
| | Include part-time, seasonal, or self-employed work. | **Occupation** | |
| | | **Employer's name** | |
| | Occupation may include student or homemaker, if it applies. | **Employer's address** | |
| | | **How long employed there?** | |

**Part 2:**    **Give Details About Monthly Income**

**Estimate monthly income as of the date you file this form.** If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 2. | **List monthly gross wages, salary, and commissions** (before all payroll deductions).  If not paid monthly, calculate what the monthly wage would be. | 2. | $        0.00 | $        0.00 |
| 3. | **Estimate and list monthly overtime pay.** | 3. | +$        0.00 | +$        0.00 |
| 4. | **Calculate gross Income.** Add line 2 + line 3. | 4. | $        0.00 | $        0.00 |

Debtor 1    **Emerald Health Bioceuticals, Inc.**          Case number (*if known*) _____

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| Copy line 4 here | 4. | $ 0.00 | $ 0.00 |

5. **List all payroll deductions:**

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 5a. **Tax, Medicare, and Social Security deductions** | 5a. | $ 0.00 | $ 0.00 |
| 5b. **Mandatory contributions for retirement plans** | 5b. | $ 0.00 | $ 0.00 |
| 5c. **Voluntary contributions for retirement plans** | 5c. | $ 0.00 | $ 0.00 |
| 5d. **Required repayments of retirement fund loans** | 5d. | $ 0.00 | $ 0.00 |
| 5e. **Insurance** | 5e. | $ 0.00 | $ 0.00 |
| 5f. **Domestic support obligations** | 5f. | $ 0.00 | $ 0.00 |
| 5g. **Union dues** | 5g. | $ 0.00 | $ 0.00 |
| 5h. **Other deductions.** Specify: _____ | 5h.+ | $ 0.00 + | $ 0.00 |

6. **Add the payroll deductions.** Add lines 5a+5b+5c+5d+5e+5f+5g+5h.    6.    $ 0.00    $ 0.00

7. **Calculate total monthly take-home pay.** Subtract line 6 from line 4.    7.    $ 0.00    $ 0.00

8. **List all other income regularly received:**

8a. **Net income from rental property and from operating a business, profession, or farm**
Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income.    8a.    $ 0.00    $ 0.00

8b. **Interest and dividends**    8b.    $ 0.00    $ 0.00

8c. **Family support payments that you, a non-filing spouse, or a dependent regularly receive**
Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement.    8c.    $ 0.00    $ 0.00

8d. **Unemployment compensation**    8d.    $ 0.00    $ 0.00

8e. **Social Security**    8e.    $ 0.00    $ 0.00

8f. **Other government assistance that you regularly receive**
Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies.
Specify: _____    8f.    $ 0.00    $ 0.00

8g. **Pension or retirement income**    8g.    $ 0.00    $ 0.00

8h. **Other monthly income.** Specify: _____    8h.+    $ 0.00 +    $ 0.00

9. **Add all other income.** Add lines 8a+8b+8c+8d+8e+8f+8g+8h.    9.    $ 0.00    $ 0.00

10. **Calculate monthly income.** Add line 7 + line 9.    10.    $ 0.00 + $ 0.00 = $ 0.00
Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse.

11. **State all other regular contributions to the expenses that you list in *Schedule J.***
Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.
Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J.*
Specify: _____    11. +$ 0.00

12. **Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income.
Write that amount on the *Summary of Schedules* and *Statistical Summary of Certain Liabilities* and Related *Data*, if it applies    12.    $ 0.00
**Combined monthly income**

13. **Do you expect an increase or decrease within the year after you file this form?**
■ No.
□ Yes. Explain: _____

Official Form 106I          **Schedule I: Your Income**          page 2

Fill in this information to identify your case:

Debtor 1          **Gaetano Morello**

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF CALIFORNIA

Case number
(If known)

Check if this is:

☐ An amended filing
☐ A supplement showing postpetition chapter
13 expenses as of the following date:

_____
MM / DD / YYYY

## Official Form 106J
## Schedule J: Your Expenses                                                                      12/15

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.**

| Part 1: | Describe Your Household |
| --- | --- |

1.  **Is this a joint case?**

    ■ No. Go to line 2.
    ☐ Yes. **Does Debtor 2 live in a separate household?**

        ☐ No
        ☐ Yes. Debtor 2 must file Official Form 106J-2, *Expenses for Separate Household* of Debtor 2.

2.  **Do you have dependents?**    ■ No

Do not list Debtor 1 and       ☐ Yes.   Fill out this information for
Debtor 2.                                        each dependent..............

Do not state the
dependents names.

| | Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
| --- | --- | --- | --- |
| | _____ | _____ | ☐ No<br>☐ Yes |
| | _____ | _____ | ☐ No<br>☐ Yes |
| | _____ | _____ | ☐ No<br>☐ Yes |
| | _____ | _____ | ☐ No<br>☐ Yes |

3.  **Do your expenses include**          ■ No
    **expenses of people other than**     ☐ Yes
    **yourself and your dependents?**

| Part 2: | Estimate Your Ongoing Monthly Expenses |
| --- | --- |

**Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.**

Include expenses paid for with non-cash government assistance if you know
the value of such assistance and have included it on *Schedule I: Your Income*
(Official Form 106I.)

| | **Your expenses** |
| --- | --- |

4.  **The rental or home ownership expenses for your residence.** Include first mortgage
payments and any rent for the ground or lot.                                          4.  $                    0.00

If not included in line 4:

| | | | |
| --- | --- | --- | --- |
| 4a. | Real estate taxes | 4a. $ | 0.00 |
| 4b. | Property, homeowner's, or renter's insurance | 4b. $ | 0.00 |
| 4c. | Home maintenance, repair, and upkeep expenses | 4c. $ | 0.00 |
| 4d. | Homeowner's association or condominium dues | 4d. $ | 0.00 |
| 5. | **Additional mortgage payments for your residence,** such as home equity loans | 5. $ | 0.00 |

Debtor 1 __Emerald Health Biceuticals, Inc._____    Case number (if known) _____

| | | | | |
|---|---|---|---|---|
| 6. | **Utilities:** | | | |
| | 6a. | Electricity, heat, natural gas | 6a. $ | 0.00 |
| | 6b. | Water, sewer, garbage collection | 6b. $ | 0.00 |
| | 6c. | Telephone, cell phone, Internet, satellite, and cable services | 6c. $ | 0.00 |
| | 6d. | Other. Specify: | 6d. $ | 0.00 |
| 7. | **Food and housekeeping supplies** | | 7. $ | 0.00 |
| 8. | **Childcare and children's education costs** | | 8. $ | 0.00 |
| 9. | **Clothing, laundry, and dry cleaning** | | 9. $ | 0.00 |
| 10. | **Personal care products and services** | | 10. $ | 0.00 |
| 11. | **Medical and dental expenses** | | 11. $ | 0.00 |
| 12. | **Transportation.** Include gas, maintenance, bus or train fare. | | | |
| | Do not include car payments. | | 12. $ | 0.00 |
| 13. | **Entertainment, clubs, recreation, newspapers, magazines, and books** | | 13. $ | 0.00 |
| 14. | **Charitable contributions and religious donations** | | 14. $ | 0.00 |
| 15. | **Insurance.** | | | |
| | Do not include insurance deducted from your pay or included in lines 4 or 20. | | | |
| | 15a. Life insurance | | 15a. $ | 0.00 |
| | 15b. Health insurance | | 15b. $ | 0.00 |
| | 15c. Vehicle insurance | | 15c. $ | 0.00 |
| | 15d. Other insurance. Specify: | | 15d. $ | 0.00 |
| 16. | **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20. | | | |
| | Specify: | | 16. $ | 0.00 |
| 17. | **Installment or lease payments:** | | | |
| | 17a. Car payments for Vehicle 1 | | 17a. $ | 0.00 |
| | 17b. Car payments for Vehicle 2 | | 17b. $ | 0.00 |
| | 17c. Other. Specify: | | 17c. $ | 0.00 |
| | 17d. Other. Specify: | | 17d. $ | 0.00 |
| 18. | **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, *Schedule I, Your Income* (Official Form 106I).** | | 18. $ | 0.00 |
| 19. | **Other payments you make to support others who do not live with you.** | | $ | 0.00 |
| | Specify: | | 19. | |
| 20. | **Other real property expenses not included in lines 4 or 5 of this form or on *Schedule I: Your Income*.** | | | |
| | 20a. Mortgages on other property | | 20a. $ | 0.00 |
| | 20b. Real estate taxes | | 20b. $ | 0.00 |
| | 20c. Property, homeowner's, or renter's insurance | | 20c. $ | 0.00 |
| | 20d. Maintenance, repair, and upkeep expenses | | 20d. $ | 0.00 |
| | 20e. Homeowner's association or condominium dues | | 20e. $ | 0.00 |
| 21. | **Other:** Specify: | | 21. +$ | 0.00 |

| | | | |
|---|---|---|---|
| 22. | **Calculate your monthly expenses** | | |
| | 22a. Add lines 4 through 21. | $ | 0.00 |
| | 22b. Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2 | $ | |
| | 22c. Add line 22a and 22b. The result is your monthly expenses. | $ | 0.00 |

| | | | |
|---|---|---|---|
| 23. | **Calculate your monthly net income.** | | |
| | 23a. Copy line 12 *(your combined monthly income)* from Schedule I. | 23a. $ | 0.00 |
| | 23b. Copy your monthly expenses from line 22c above. | 23b. -$ | 0.00 |
| | 23c. Subtract your monthly expenses from your monthly income. The result is your *monthly net income.* | 23c. $ | 0.00 |

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**
For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

☐ No.
☐ Yes.    Explain here:

| Fill in this information to identify the case: |
| --- |

Debtor name **Emerald Health Bioceuticals, Inc.**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF CALIFORNIA

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy          04/19

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages,
write the debtor's name and case number (if known).**

**Part 1:    Income**

1. **Gross revenue from business**

   ☐ None.

   | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
   | --- | --- | --- |
   | **From the beginning of the fiscal year to filing date:**<br>From  **1/01/2020** to **Filing Date** | ■ Operating a business<br>☐ Other _____ | **$250,000.00** |
   | **For prior year:**<br>From  **1/01/2019** to **12/31/2019** | ■ Operating a business<br>☐ Other _____ | **$1,700,000.00** |
   | **For year before that:**<br>From  **1/01/2018** to **12/31/2018** | ■ Operating a business<br>☐ Other _____ | **$738,980.00** |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

   | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
   | --- | --- | --- |

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None.

   | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
   | --- | --- | --- | --- |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

Debtor    **Emerald Health Biouceuticals, Inc.**                    Case number *(if known)*

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.1. **Small Business Administration** | **July 16, 2020<br>$150,000<br>September<br>21, 2020 -<br>$($%<br>Loans fully<br>secured by<br>prfected<br>liens on all<br>assets** | **$155,945.00** | ■ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. **Goyal Group | Investments &<br>Development<br>Suite 888, Unit 101 - 1001 West<br>Broadway<br>Vancouver BC Canada V6H 4E4<br>Investor** | **July 2020** | **$20,000.00** | **To return funds paid to debtor<br>as a deposit for shares which<br>were never issued.** |
| 4.2. **Rattan Bagga<br>3998 Marguerite St.<br>Vancouver, BC, V6j4G1<br>Investor** | **July 2020** | **$20,000.00** | **To repay amount paid to debtor<br>as a deposit for shares that<br>were never issued.** |

5. **Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was<br>taken | Amount |
|---|---|---|---|

| Part 3: | Legal Actions or Assignments |
|---|---|

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| Case title<br>Case number | Nature of case | Court or agency's name and<br>address | Status of case |
|---|---|---|---|

Debtor  **Emerald Health Bioceuticals, Inc.** _____   Case number *(if known)* _____

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | **Phillip Harvey v. Emerald Health Bioceuticals<br>37-2019-00064216-CU-WT-CTL** | **Former emplyee - wrongful discharge.** | **Superior Court of California<br>330 W. Broadway<br>San Diego, CA 92101** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

**8. Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

**Part 4:   Certain Gifts and Charitable Contributions**

**9.** **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

**Part 5:   Certain Losses**

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

**Part 6:   Certain Payments or Transfers**

**11. Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **San Diego Legal Pros<br>3110 Camino del Rio South, Suite 315<br>San Diego, CA 92108** | **Attorney Fees** | **August and September 2020** | **$10,000.00** |
| | Email or website address<br>**jon@sandiegolegalpros.com** | | | |
| | Who made the payment, if not debtor? | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

Debtor  **Emerald Health Bioceuticals, Inc.**                    Case number *(if known)*

---

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
    List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

| Part 7: | Previous Locations |
|---|---|

14. **Previous addresses**
    List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| | Address | Dates of occupancy From-To |
|---|---|---|
| 14.1. | **5820 Nancy Ridge Dr. San Diego, CA 92121** | |

| Part 8: | Health Care Bankruptcies |
|---|---|

15. **Health Care bankruptcies**
    Is the debtor primarily engaged in offering services and facilities for:
    - diagnosing or treating injury, deformity, or disease, or
    - providing any surgical, psychiatric, drug treatment, or obstetric care?

    ■ No. Go to Part 9.
    ☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

| Part 9: | Personally Identifiable Information |
|---|---|

16. **Does the debtor collect and retain personally identifiable information of customers?**

    ■ No.
    ☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

    ■ No. Go to Part 10.
    ☐ Yes. Does the debtor serve as plan administrator?

| Part 10: | Certain Financial Accounts, Safe Deposit Boxes, and Storage Units |
|---|---|

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

Debtor  **Emerald Health Bioceuticals, Inc.**                              Case number *(if known)* _____

---

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?

Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | **Bank Of America**<br>**PO Box 17054**<br>**Wilmington, DE 19884** | XXXX-1510 | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other__ | **February 2020 - balance transferred to Comerica Bank account** | **$14,980.00** |

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|
| | | | |

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|
| **Symbia**<br>**12505 NE 41st Street, Suite 200**<br>**Kansas City, MO 64161** | **Symbia** | **Inventory: 40 pallets of product and 30 pallets of literature** | ☐ No<br>■ Yes |

---

**Part 11:   Property the Debtor Holds or Controls That the Debtor Does Not Own**

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

**Part 12:   Details About Environment Information**

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

Debtor    **Emerald Health Biceuticals, Inc.**                       Case number *(if known)*

---

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

☑ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:    Details About the Debtor's Business or Connections to Any Business**

25. **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☐ None

| Business name address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. Dates business existed |
|---|---|---|
| 25.1.  **Emerald Health Naturals Canada** | **EHN is a Canadian business which holds the distribution rights for EHB's products in Canda.** | EIN: From-To   **January 2018 to 2020** |

26. **Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26a.1.  **Ella Traistaru** | |
| 26a.2.  **IZA Rosario** | |
| 26a.3.  **Kevin Ho** | |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

---

Debtor    **Emerald Health Bioceuticals, Inc.**                              Case number *(if known)*

| Name and address | Date of service From-To |
|---|---|
| 26b.1.    **Regan Lohman**<br>**Lohman & Associates, Inc.**<br>**533 2nd Street**<br>**Encinitas, CA 92024** | |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.    **Regan Lohman**<br>**Lohman & Associates, Inc.**<br>**533 2nd Street**<br>**Encinitas, CA 92024** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|

27. **Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☐ No

■ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| 27.1. | **October 2019, February 2020 and September 2020.** | **$2,615,173.29 Wholesale Value** |

| Name and address of the person who has possession of inventory records |
|---|
| **Debtor** |

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Avtar Dhillon** | **55 Vista Del Golfo**<br>**Long Beach, CA 90803** | **584,107 shares (9.346 %)** | **9.346** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Punit Dhillon** | **11220 Corte Belleza**<br>**San Diego, CA 92130** | **director and owns 146,027 shares (2.336%)** | **2.336** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Gaetano Morello** | **9 Heritage Peak Rd.**<br>**Port Moody, BC V3H 0H5**<br>**Canada** | **CEO, Director and owner of 292,053 shares (4.673%)** | **4.673** |

Debtor    **Emerald Health Bioceuticals, Inc.**                      Case number *(if known)* _____

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Michael Murray | 18650 N. Thompson Peak Pkwy #1061 Scottsdale, AZ 85255 | 292,053 shares (4.673%) | 4.673 |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Jade Beutler | 12153 Salix Way San Diego, CA 92129 | 292,053 shares (4.673%) | 4.673 |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Bernie Hertel | 3015 Armada St. Coquitlam, BC V3C 3S4 Canada | 116,821 shares (1.869%) | 1.869 |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| James Heppell | 4505 Stonehaven Avenue North Vancouver, BC V7G 1E7 Canada` | Director and owner of 146,027 shares (2.336%) | 2.336 |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Emerald Health Sciences | The Landing 200-375 Water St Office 8262 Vancouver, BC., V6B 0M9 Canada | 4,380,859 (70.094%) | 70.094 |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☐ No
☒ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| Jade Beutler | 12153 Salix Way San Diego, CA 92129 | CEO | until 2/7/20 |

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| Avtar Dhillon | 55 Vista Del Golfo Long Beach, CA 90803 | Former Chairman | Until Oct 2019 |

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| Tuan Diep | 13504 Scarlet Sage Trail San Diego, CA 92130 | Former President | Until 3/31/20 |

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| Margaret Dalesandro | | Former director | until 6/30/20 |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                                            Best Case Bankruptcy

Debtor    **Emerald Health Bioceuticals, Inc.**

Case number *(if known)*

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|------|---------|-------------------------------------|----------------------------------------------------|
| Ella Traistaru | | Former CFO | Until 3/31/20 |

---

30. **Payments, distributions, or withdrawals credited or given to insiders**
    Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

    ■ No
    ☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|-------------------------------|------------------------------------------------------|-------|--------------------------------|

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

    ■ No
    ☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|--------------------------------|----------------------------------------------------------|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

    ■ No
    ☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the parent corporation |
|--------------------------|----------------------------------------------------------|

**Part 14:    Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    __October 20, 2020__

__/s/ Gaetano Morello__                                    **Gaetano Morello**
Signature of individual signing on behalf of the debtor        Printed name

Position or relationship to debtor    **CEO**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes

Revised: 1/24/13

 Name, Address, Telephone No. & I.D. No.
 **Jon M. Cooper 229571**
 **3110 Camino del Rio South, Suite 315**
 **San Diego, CA 92108**
 **(619) 881-0020**
 **229571 CA**

**UNITED STATES BANKRUPTCY COURT**
SOUTHERN DISTRICT OF CALIFORNIA
325 West "F" Street, San Diego, California 92101-6991

In Re
**Emerald Health Bioceuticals, Inc.**

Tax I.D. / S.S. #: **30-0950852**

Debtor.

BANKRUPTCY NO.

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF CALIFORNIA
## RIGHTS AND RESPONSIBILITIES OF CHAPTER 7 DEBTORS
## AND THEIR ATTORNEY

In order for debtors and their attorneys to understand their rights and responsibilities in the bankruptcy process, the following terms of engagement are hereby agreed to by the parties.

Nothing in this agreement should be construed to excuse an attorney from any ethical duties or responsibilities under Federal Rule of Bankruptcy Procedure 9011 and the Local Bankruptcy Rules.

## I.
## Services Included in the Initial Fee Charged

The following are services that an attorney must provide as part of the initial fee charged for representation in a Chapter 7 case:

1.    Meet with the debtor to review the debtor's assets, liabilities, income and expenses.

2.    Analyze the debtor's financial situation, and render advice to the debtor in determining whether to file a petition in bankruptcy.

3.    Describe the purpose, benefits, and costs of the Chapters the debtor may file, counsel the debtor regarding the advisability of filing either a Chapter 7, 11, or 13 case, and answer the debtor's questions.

4.    Advise the debtor of the requirement to attend the Section 341(a) Meeting of Creditors, and instruct the debtor as to the date, time and place of the meeting.

5.    Advise the debtor of the necessity of maintaining liability, collision and comprehensive insurance on vehicles securing loans or leases.

6.  Timely prepare, file and serve, as required, the debtor's petition, schedules, Statement of Financial Affairs, and any necessary amendments to Schedule C.

7.  Provide documents pursuant to the Trustee Guidelines and any other information requested by the Chapter 7 Trustee or the Office of the United State Trustee.

8.  Provide an executed copy of the Rights and Responsibilities of Chapter 7 Debtors and their Attorneys to the debtor.

9.  Appear and represent the debtor at the Section 341(a) Meeting of Creditors, and any continued meeting, except as further set out in Section II.

10. File the Certificate of Debtor Education if completed by the debtor and provided to the attorney before the case is closed.

11. Attorney shall have a continuing obligation to assist the debtor by returning telephone calls, answering questions and reviewing and sending correspondence.

12. Respond to and defend objections to claim(s) of exemption arising from attorney error(s) in Schedule C.

## II.
## Services Included as Part of Chapter 7 Representation,
## Subject to an Additional Fee

The following are services, included as part of the representation of the debtor, but for which the attorney may charge additional fees.

1.  Representation at any continued meeting of creditors due to client's failure to appear or failure to provide required documents or acceptable identification;

2.  Amendments, except that no fee shall be charged for any amendment to Schedule C that may be required as a result of attorney error;

3.  Opposing Motions for Relief from Stay;

4.  Reaffirmation Agreements and hearings on Reaffirmation Agreements;

5.  Redemption Motions and hearings on Redemption Motions;

6.  Preparing, filing, or objecting to Proofs of Claims, when appropriate, and if applicable;

7.  Representation in a Motion to Dismiss or Convert debtor's case;

8.  Motions to Reinstate or Extend the Automatic Stay;

9.  Negotiations with Chapter 7 Trustee in aid of resolving nonexempt asset, turnover or asset administration issues.

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

## III.
## Additional Services Not Included in the Initial Fee Which Will Require a Separate Fee Agreement

The following services are <u>not</u> included as part of the representation in a Chapter 7 case, unless the attorney and debtor negotiate representation in these post-filing matters at mutually agreed upon terms in advance of any obligation of the attorney to render services. Unless a new fee agreement is negotiated between debtor and attorney, attorney will not be required to represent the debtor in these matters:

1.  Defense of Complaint to Determine Non-Dischargeability of a Debt or filing Complaint to determine Dischargeability of Debt;

2.  Defense of a Complaint objecting to discharge;

3.  Objections to Claim of Exemption, except where an objection arises due to an error on Schedule C;

4.  Sheriff levy releases;

5.  Section 522(f) Lien Avoidance Motions;

6.  Opposing a request for, or appearing at a 2004 examination;

7.  All other Motions or Applications in the case, including to Buy, Sell, or Refinance Real or other Property;

8.  Motions or other proceedings to enforce the automatic stay or discharge injunction;

9.  Filing or responding to an appeal;

10. An audit of the debtor's case conducted by a contract auditor pursuant to 28 U.S.C. Section 586(f).

## IV.
## Duties and Responsibilities of the Debtor

As the debtor filing for a Chapter 7 bankruptcy, you must:

1.  Fully disclose everything you own, lease, or otherwise believe you have a right or interest in prior to filing the case;

2.  List everyone to whom you owe money, including your friends, relatives or someone you want to repay after the bankruptcy is filed;

3.  Provide accurate and complete financial information;

4.  Provide all requested information and documentation in a timely manner, in accordance with the Chapter 7 Trustee Guidelines;

5.  Cooperate and communicate with your attorney;

6.  Discuss the objectives of the case with your attorney before you file;

3

7.     Keep the attorney updated with any changes in contact information, including email address;

8.     Keep the attorney updated on any and all collection activities by any creditor, including lawsuits, judgments, garnishments, levies and executions on debtor's property;

9.     Keep the attorney updated on any changes in the household income and expenses;

10.    Timely file all statutorily required tax returns;

11.    Inform the attorney if there are any pending lawsuits or rights to pursue any lawsuits;

12.    Appear at the Section 341(a) Meeting of Creditors, and any continued Meeting of Creditors;

13.    Bring proof of social security number and government issued photo identification to the Section 341(a) Meeting of Creditors;

14.    Provide date-of-filing bank statements to the attorney no later than 7 days after filing of your case;

15.    Pay all required fees prior to the filing of the case;

16.    Promptly pay all required fees in the event post filing fees are incurred;

17.    Debtors must not direct, compel or demand their attorney to take a legal position or oppose a motion in violation of any Ethical Rule, any Rule of Professional Conduct, or Federal Rule that is not well grounded in fact or law.

Dated:  **October 20, 2020**                          **/s/ Gaetano Morello**

                                                       **Gaetano Morello**

                                                       Debtor

Dated:  **October 20, 2020**                          **/s/ Jon M. Cooper**

                                                       **Jon M. Cooper 229571**

                                                       Attorney for Debtor(s)

4

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Southern District of California

In re **Emerald Health Bioceuticals, Inc.**

Debtor(s)

Case No. _____

Chapter **7**

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | **10,000.00** |
| Prior to the filing of this statement I have received | $ | **10,000.00** |
| Balance Due | $ | **0.00** |

2.  The source of the compensation paid to me was:

    ■ Debtor    ☐ Other (specify):

3.  The source of compensation to be paid to me is:

    ■ Debtor    ☐ Other (specify):

4.  ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  Representation of the debtor in adversary proceedings and other contested bankruptcy matters;
    e.  [Other provisions as needed]

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**October 20, 2020**

*Date*

**/s/ Jon M. Cooper**

**Jon M. Cooper 229571**

*Signature of Attorney*

**San Diego Legal Pros**
**3110 Camino del Rio South, Suite 315**
**San Diego, CA 92108**
**(619) 881-0020   Fax: (619) 881-0020**
**jon@sandiegolegalpros.com**

*Name of law firm*

---

**CSD 1008** [08/21/00]

Name, Address, Telephone No. & I.D. No.

**Jon M. Cooper 229571**
**3110 Camino del Rio South, Suite 315**
**San Diego, CA 92108**
**(619) 881-0020**
**229571 CA**

### UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF CALIFORNIA
325 West "F" Street, San Diego, California 92101-6991

In Re

**Emerald Health Bioceuticals, Inc.**

BANKRUPTCY NO.

Debtor.

## VERIFICATION OF CREDITOR MATRIX

<u>PART I</u> (check and complete one):

■  New petition filed.  Creditor <u>diskette</u> required.                    TOTAL NO. OF CREDITORS: __114__

☐  Conversion filed on _____. *See instructions on reverse side.*
  ☐  Former Chapter 13 converting.  Creditor <u>diskette</u> required.          TOTAL NO. OF CREDITORS:____
  ☐  Post-petition creditors added.  <u>Scannable</u> matrix required.
  ☐  There are no post-petition creditors. No matrix required.

☐  Amendment or Balance of Schedules filed concurrently with this original <u>scannable</u> matrix affecting Schedule of Debts and/or Schedule of Equity Security Holders. *See instructions on reverse side.*
  ☐  Names and addresses are being ADDED.
  ☐  Names and addresses are being DELETED.
  ☐  Names and addresses are being CORRECTED.

<u>PART II</u> (check one):

■  The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

☐  The above-named Debtor(s) hereby verifies that there are no post-petition creditors affected by the filing of the conversion of this case and that the filing of a matrix is not required.


Date:  __October 20, 2020__                    /s/ Gaetano Morello
                 **Gaetano Morello**/**CEO**
                Signer/Title


### REFER TO INSTRUCTIONS ON REVERSE SIDE

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

**CSD 1008 (Page 2)** [08/21/00]

## INSTRUCTIONS

1)      Full compliance with <u>Special Requirements for Mailing Addresses</u> (CSD 1007) is required.

2)      A creditors matrix with <u>Verification</u> is required whenever the following occurs:

    a)      A new petition is filed.  Diskette required.

    b)      A case is converted on or after SEPTEMBER 1, 2000. (See paragraph 4b concerning post-petition creditors.)

    c)      An amendment to a case on or after SEPTEMBER 1, 2000, which adds, deletes or changes creditor address information on the debtor's Schedule of Debts and/or Schedule of Equity Security Holders.  Scannable matrix format required.

3)      The scannable matrix must be <u>originally</u> typed or printed. It may not be a copy.

4)      CONVERSIONS:

    a)      When converting a Chapter 13 case filed before SEPTEMBER 1, 2000, to another chapter, <u>ALL</u> creditors must be listed on the mailing matrix at the time of filing and accompanied by a <u>Verification</u>.  Diskette required.

    b)      For Chapter 7, 11, or 12 cases converted on or after SEPTEMBER 1, 2000, <u>only post-petition creditors need be listed on the mailing matrix</u>. The matrix and <u>Verification</u> must be filed with the post-petition schedule of debts and/or schedule of equity security holders. If there are no post-petition creditors, only the verification form is required.  Scannable matrix format required.

5)      AMENDMENTS AND BALANCE OF SCHEDULES:

    a)      <u>Scannable matrix format required.</u>

    b)      The matrix with <u>Verification</u> is a document separate from the amended schedules and may not be used to substitute for any portion of the schedules. IT MUST BE SUBMITTED WITH THE AMENDMENT/BALANCE OF SCHEDULES.

    c)      Prepare a separate page for each type of change required: ADDED, DELETED, or CORRECTED. On the **REVERSE** side of each matrix page, indicate which category that particular page belongs in. Creditors falling in the same category should be placed on the same page in alphabetical order.

6)      Please refer to CSD 1007 for additional information on how to avoid matrix-related problems.

Akin's Natural Foods
7807 E 51st St
Tulsa, OK 74145


Alenni Romero
4834 N Casas Serenas Dr
Tucson, AZ 85705


All About You LLC
1730 S Federal Hwy #287
Delray Beach, FL 33483


Amin Talati Upadhye, LLP
100 South Wacker Dr. Suite 2000
Chicago, IL 60606


Angela Donald
164 Kingswood Dr
Hammonds Plains, NS B4B1K4


Annmarie R Revet
PO Box 5723
Irvine, CA 92603


AON RISK INSURANCE SERVICES WEST, INC.
P.O. BOX 849832
LOS ANGELES, CA 90084


Avtar Dhillon
55 Vista Del Golfo
Long Beach, CA 90803


Beyond Benefits
P.O. Box 87610
San Diego, CA 92138

BLAZEPR
808 State St
Santa Barbara, CA 93101


Brittany Ann Wittelsberger
9 Shelbys Path, Apt G
Sparks, MD 21152


Captek
16218 Arthur Street
Cerritos, CA 90703


CAS BioSciences, LLC
1501 Broadway 12th Floor
New York, NY 10036


Charlane Choquette
1430 N Cloverland Ave
Tucson, AZ 85712


CNA INSURANCE
P.O. BOX 790094
ST LOUIS, MO 63179


Connell Communications, Inc.
5 Speen St
Framingham, MA 01701


Cruz Bay Publishing
5720 Flatiron Parkway
Boulder, CO 80301


Dana Samu
226 Hiawatha Dr
West Vancouver, BC V7P 1E1

Deloitte & Touche LLP
4022 Sells Drive
Hermitage, TN 37076


Demos on the Go
3059 View Ridge Dr.
Spring Branch, TX 78070


Doctor Health, Inc.
1215 South Kihei Road
Suite O-505
Kihei, Maui, HI 96753


Dynamic Presence
12 Executive Court
South Barrington, IL 60010


Earth Origins Market
7807 E 51 St
Tulsa, OK 74145


Economics Partrners, LLC
PO Box 848351
Dallas, TX 75284


Edgar Agents, LLC
105 White Oak Lane
Suite 104
Old Bridge, NJ 08857


Edisoft
1210 Sheppard Ave East
Suite 710
Toronto, ON M2K 1E3


Efficient Collaborative Retail Marketing
27070 Miles Road, Suite A
Solon, OH 44139

Elena Traistaru
11444 Aspendell Drive
San Diego, CA 92131


Emerald Health Biotechnology Espana, S.L
Parque Cientifico Tecnologico de Cordoba
Rabanales 21 Edif.Cantauro ID 18.1 Prime
Cordoba 14014


Emerald Health Pharmaceuticals
850 Burton Rd
Ste 201
Dover, DE 19904


Emerald Health Pharmaceuticals Inc
5910 Pacific Center Blvd, Ste 300
San Diego, CA 92121


Emerald Health Sciences
2500 Park Place
666 Burard St
Vancouver, BC., V6C 2X8


Emerson Ecologics, LLC
1230 Elm St. Ste 301
Manchester, NH 03101


England Logistics, Inc.
1325 South 4700 West
Salt Lake City, UT 84104


Eurofins BioDagnostics, Inc.
507 Highland Dr
River Falls, WI 54022


Foerstel Design, Inc.
249 South 16th Street
Boise, ID 83702

Fox Rothschild LLP
2000 Market St, 20th Floor
Philadelphia, PA 19103


Frazier Farms Market
1820 Oceanside Blvd
Oceanside, CA 92054


Fruitful Yield, Inc.
244 Knollwood Drive
Suite 200
Bloomingdale, IL 60117-0001


Furniture Environments
6196 Sunset Crest Way
San Diego, CA 92121


Gaetano Morello
9 Heritage Peak Rd.
Port Moody, BC V3H 0H5
Canada


GENIUS CENTRAL SYSTEMS, INC.
DEPT CH 19799
PALATINE, IL 60055


Gowling WLG (CANADA) LLP
160 Elgin St. Suite 2600
Ottawa, ON K1P 1C3


Greenberg Traurig, LLP
1201 K Street Suite 1100
Sacramento, CA 95814


Gwenlyn Giguere
100 Quiet Desert Ln
Henderson, NV 89074

Health Quest Podcast, LLC
2730 Summerset Circle
Suamico, WI - WISCONSIN 54173-0000


Heather Angeline, Inc
5464 Caminito Exquisito
San Diego, CA 92130


Heather Stone
29204 Via Estancia
Valencia, CA 91354


ID.me Inc.
8281 Greensboro Dr. Suite 600
Tysons, VA 22102


IDG for Connell Communications
Terese Patterson
492 Old Connecticut Path
Framingham, MA 01701-9208


Ilona Paley
322 Culver Blvd #250
Playa del Rey, CA 90293


Informa Media, Inc.
1100 Superior Ave
Cleveland, OH 44114


Inmar-YouTech, LLC
2001 Junipero Serra Blvd. Ste.400
Daly City, CA 94014


Interactions
9520 Towne Centre Dr
Suite 120
San Diego, CA 92121

Janice Hanna
1129 Broadway
San Diego, CA 92101


Jarred Botha
10318 Molino Rd
Santee, CA 92071


Jonni Vann
2527 Redfield Drive
Norcross, GA 30071


Katelyn Sayad
1600 Ovaltine Court, Unit 1636
Villa Park, IL 60181


Kathy F. Baudoin
533 Louisiana Ave
Slidell, LA 70458


Koning Zollar LLP
2210 Encinitas Blvd #S
Encinitas, CA 92024


Kristin Bryans
7574 Jennite Drive
San Diego, CA 92119


Law Office of Bayne & Associates
601 Pennsylvania Ave, NW
Suite 900 South Bldg
Washington, DC 20004


Lisa Loos
4700 W Simpson Rd
Edmond, OK 73025

Lohman & Dehner Inc.
2262 Carmel Valley Road, Suite 200
Del Mar, CA 92014


Lucid Consulting, LLC
336 36th St Ste 342
Bellingham, WA 98225


Magdalena Paszkowska
1042 Elmwood Ln
Elk Grove Village, IL 60007


Marla Finley
198 Southgate Dr
Lancaster, PA 17602


Michael T. Murray, N.D
18650 N Thompson Peak Pkwy #1061
Scottsdale, AZ 85255


Milano Promotional Services, Inc.
2615 River Road Unit #1
Cinnaminson, NJ 08077


Morrison & Foerster LLP
PO Box 742335
Los Angeles, CA 90074


Nancy L. Bell
3034 Campfire Dr
Lawrence, KS 66049


National Cooperative Grocers Association
14 S Linn St
Iowa City, IA 52240

Natur-Tyme, Inc.
3160 Erie Blvd East
DeWitt, NY 13214


Natural  Partners, Inc.
8445 E Hartford Dr
Scottsdale, AZ 85255


Natural Products Association
440 1st St. NW Ste. 520
Washington, DC 20001


Naturemed Research, Inc.
12153 Salix Way
San Diego, CA 92129


ORCA Naturals
4302 E La Puente Ave
Phoenix, AZ 85044


Palko Distributing
4991 W US Hwy 20
Michigan City, IN 46360


Pathway Consulting Group Ltd
105 Madison Way
Lansdale, PA 19446


Pegasus Marketing & Design, Inc.
338 Via Vera Cruz #160
San Marcos, CA 92078


Phillip Harvey
c/o Manuel Corrales, Jr.
17140 Bernardo Center Drive, Ste 358
San Diego, CA 92128

Planet One Ventures, Inc.
856 Glen Arbor Dr.
Encinitas, CA 92024


Pulse Marketing Inc.
38625 Calistoga Dr. #100
Murrieta, CA 92563


Punit Dhillon
11220 Corte Belleza
San Diego, CA 92130


Rachel Elaine Smith
4239 Menlo Dr
Wichita, KS 67218


Real Food with Dana
8620 Manchester Rd #3
Silver Spring, MD 20901


Sara Pluta
10936 East Desert Troon Lane
Scottsdale, AZ 85255


SBS LEASING A PROGRAM OF DE LAGE LANDEN
1111 Old Eagle School Rd
Wayne, PA 19087


SELECT MAILING
9770 CARROLL CANYON RD STE E
SAN DIEGO, CA 92126


Sharp Electronics Corporation dba Sharp
8670 Argent St
Santee, CA 92071

Shelly LeAnn Jones
4619 Royal Oak Rd
Santa Maria, CA 93455


SPS Commerce, Inc.
333 South Seventh St., Suite 1000
Minneapolis, MN 55402


Standard Electronics
9340 Stevens Road
antee, CA 92071


Stanley Cutts
4001 W Sharon Ave.
Phoenix, AZ 85029


STAPLES
PO Box 105638
Atlanta, GA 30348


Stuart Hutchinson
1394 Tributary Ct
Fort Collins, CO 80521


Super Natural Distributors
W2296 N1680 Westwood Dr. Ste. C
Waukesha, WI 53186


Susanne Bell
14724 125th St KPN
Gig Harbor, WA 98329


Tension Envelope Corporation
819 E 19th St
Kansas City, MO 64108

The Data Council, LLC c/o Advantage Sale
18100 Von Karman Ave.
Irvine, CA 92612


The Ideal Connection Inc.
30 North Gould, Suite 5953
Sheridan, WY 82801


Thrive Market, Inc.
4509 Glencoe Ave.
Marine Del Rey, CA 90292


Thrive Media
3262 Westheimer Rd. Suite 519
Houston, TX 77098


Trackstreet.com
9811 W. Charleston Blvd, Ste 2-776
Las Vegas, NV 89117


Tuan Diep
13504 Scarlet Sage Trail
San Diego, CA 92130


Ultimate Vitality, LLC
100 Ocean Cay Way
Hypoluxo, FL 33462


UNFI
313 Iron Horse Way
Providence, RI 02908


UPS
P.O. BOX 894820
LOS ANGELES, CA 90189

Veronica Letterman
2541 N Norfolk Ave
Tulsa, OK 74106


Vitamin Discount Center, LLC
5519 Southern Comfort Blvd
Tampa, FL 33634


VITAMIN RETAILER MAGAZINE, INC.
431 CRANBURY ROAD SUITE C
EAST BRUNSWICK, NJ 08816


Wainer Finest Communications, Inc.
51 Cragwood Road Suite 100
South Plainfield, NJ 07080


Whole Foods Market Services, Inc.
550 Bowie St
Austin, TX 78703


Wilson Sonsini Goodrich & Rosati, P.C.
650 Page Mill Road
Palo Alto, CA 94304

# United States Bankruptcy Court
## Southern District of California

In re   __Emerald Health Bioceuticals, Inc.__

Case No. _____

Debtor(s)      Chapter   __7__

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for __Emerald Health Bioceuticals, Inc.__ in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

__October 20, 2020__
Date

__/s/ Jon M. Cooper__
__Jon M. Cooper 229571__
Signature of Attorney or Litigant
Counsel for   __Emerald Health Bioceuticals, Inc.__
__San Diego Legal Pros__
__3110 Camino del Rio South, Suite 315__
__San Diego, CA 92108__
__(619) 881-0020 Fax:(619) 881-0020__
__jon@sandiegolegalpros.com__

**CSD 1801** [12/01/16]
Name, Address, Telephone No. & I.D. No.
**Jon M. Cooper 229571**
**3110 Camino del Rio South, Suite 315**
**San Diego, CA 92108**
**(619) 881-0020**
**229571 CA**

**UNITED STATES BANKRUPTCY COURT**
SOUTHERN DISTRICT OF CALIFORNIA
325 West F Street, San Diego, California 92101-6991

In Re
**Emerald Health Bioceuticals, Inc.**

BANKRUPTCY NO.

Debtor.

## DECLARATION RE: ELECTRONIC FILING OF
## PETITION, SCHEDULES & STATEMENTS

PART I - DECLARATION OF PETITIONER

I [We] __Gaetano Morello__ and _____, the debtor(s), ***hereby declare under penalty of perjury*** that the information I have given my attorney and the information provided in the electronically filed petition, statements, and schedules is true and correct. I consent to my attorney sending my petition, this declaration, statements and schedules to the United States Bankruptcy Court. I understand that this **Declaration Re: Electronic Filing** is to be filed with the Clerk once all schedules have been filed electronically but, in no event, no later than 14 days following the date the petition was electronically filed. I understand that failure to file the signed original of this **Declaration** will cause my case to be dismissed pursuant to 11 U.S.C. § 707(a)(3) without further notice.

☐    [If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of 11 United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. I request relief in accordance with the chapter specified in this petition.

■    [If petitioner is a corporation or partnership] I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor. The debtor requests relief in accordance with the chapter specified in this petition.

Dated: **October 20, 2020**

Signed:    **/s/ Gaetano Morello**
          **Gaetano Morello**
          *(Debtor)
          *If filed electronically, pursuant to LBR 5005-4(C), the original debtor signature(s) in a scanned format is required.

PART II - DECLARATION OF ATTORNEY

I ***declare under penalty of perjury*** that I have informed the petitioner, if an individual, that [he or she] may proceed under chapter 7, 11, 12 or 13 of Title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. §342(b). In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that I have no knowledge after an inquiry that the information in the schedules is incorrect.

Dated: **October 20, 2020**

**/s/ Jon M. Cooper**
**Jon M. Cooper 229571**
Attorney for Debtor(s)

**CSD 1801**