Leslie T. Gladstone, Esq.  (SBN 144615)
Christin A. Batt, Esq.  (SBN 222584)
Derek A. Soinski, Esq. (SBN 293747)
FINANCIAL LAW GROUP
401 Via Del Norte
La Jolla, CA 92037
Telephone: (858) 454-9887
Facsimile: (858) 454-9596
E-mail:  LeslieG@flgsd.com

Attorneys for James L. Kennedy, Chapter 7 Trustee

UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>EMERALD HEALTH BIOCEUTICALS, INC.,<br><br>　　　　　　　　　Debtor. | Case No.:  20-05195-MM7<br><br>RS No.:    MCJ-1<br><br>**TRUSTEE'S STATEMENT OF POSITION REGARDING MOTION FOR RELIEF FROM STAY NO. MCJ-1 FILED BY PHILLIP W. HARVEY** |
| PHILLIP W. HARVEY,<br><br>　　　　　　　　　Moving Party | [No Hearing Required]<br>Dept:        One (1)<br>Honorable Margaret M. Mann |
| EMERALD HEALTH BIOCEUTICALS, INC., and JAMES L. KENNEDY, chapter 7 trustee,<br><br>　　　　　　　　　Respondents. | |

JAMES L. KENNEDY, chapter 7 trustee (the "**Trustee**"), submits this Statement of Position regarding the Amended Motion for Relief from Automatic Stay RS No. MCJ-1 (the "**Motion**") filed by Phillip W. Harvey ("**Movant**").

FINANCIAL LAW GROUP

1     IN RE: EMERALD HEALTH BIOCEUTICALS, INC., 20-05195-MM7
TRUSTEE'S STATEMENT OF POSITION REGARDING MOTION FOR RELIEF FROM STAY NO. MCJ-1

1   The Trustee has no opposition to Movant's Motion.

Dated: January 19, 2021        FINANCIAL LAW GROUP

By:   /s/ Leslie T. Gladstone
     Leslie T. Gladstone, Esq.
     Attorneys for James L. Kennedy, Trustee

Financial Law Group

2     IN RE: EMERALD HEALTH BIOCEUTICALS, INC., 20-05195-MM7
TRUSTEE'S STATEMENT OF POSITION REGARDING MOTION FOR RELIEF FROM STAY NO. MCJ-1

## PROOF OF SERVICE

I, Candi Collins, hereby declare as follows:

I am employed in the City of La Jolla, County of San Diego, California. I am over the age of 18 years and not a party to the within action; and I am employed in the County of San Diego, California, within which county the subject mailing occurred. My business address is 401 Via Del Norte, La Jolla, California 92037. On **January 19, 2021,** I served a true and correct copy of the following document(s):

**TRUSTEE'S STATEMENT OF POSITION REGARDING MOTION FOR RELIEF FROM STAY NO. MCJ-1 FILED BY PHILLIP W. HARVEY**

on the parties in this action as follows:

**X** **by CM/ECF NOTICE OF ELECTRONIC FILING** by causing such document(s) listed above to be served through this Court's electronic transmission facilities via the Notice of Electronic (NEF) and hyperlink, to the parties and/or counsel who are determined this date, **January 19, 2021**, to be registered CM/ECF Users set forth below as identified on the service list obtained from this Court on the Electronic Mail Notice list.

- Jon Cooper     cooperlawfirm@gmail.com, r41879@notify.bestcase.com
- Manuel Corrales     mannycorrales@yahoo.com
- Leslie T. Gladstone     leslieg@flgsd.com, candic@flgsd.com; sandray@flgsd.com; christinb@flgsd.com; dereks@flgsd.com
- James L. Kennedy     jim@jlkennedy.com, jlk@trustesolutions.net
- Derek Andrew Soinski     dereks@flgsd.com, leslieg@flgsd.com; christinb@flgsd.com; candic@flgsd.com; sandray@flgsd.com
- United States Trustee     ustp.region15@usdoj.gov

All other interested parties in this action that are not a registered ECF User are served as follows:

**X** **by U.S. FIRST CLASS MAIL SERVICE, POSTAGE PREPAID** by placing each document in a sealed, envelope with postage thereon fully prepaid, for collection and mailing at Financial Law Group, La Jolla, California, following ordinary business practices and addressed as set forth below. I am familiar with the practice of Financial Law Group for collection for U.S. mail, said practice being that in the ordinary course of business, correspondence is picked up at our office the same day as it is placed for collection. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing affidavit.

Manuel Corrales, Jr.
17140 Bernardo Center Drive, Suite 358
San Diego, CA 92128
*Attorney for Phillip W. Harvey*

Financial Law Group

3     IN RE: EMERALD HEALTH BIOCEUTICALS, INC., 20-05195-MM7
TRUSTEE'S STATEMENT OF POSITION REGARDING MOTION FOR RELIEF FROM STAY NO. MCJ-1

| | |
|---|---|
| 1 | Daniel M. Gilleon |
| 2 | THE GILLEON LAW FIRM<br>1320 Columbia Street, Suite 200 |
| 3 | San Diego, CA 92101<br>**Attorney for Phillip W. Harvey** |
| 4 | |
| 5 | Christopher B. Cato<br>GORDON REES SCULLY MANSUKHANI |
| 6 | 633 West Fifth Street, 52nd Floor<br>Los Angeles, CA 90071 |
| 7 | **Attorney for Defendants Emerald Health Bioceuticals, Inc. and Emerald Health USA, Inc. in Harvey v. Emerald Health Bioceuticals, Inc., SDSC Case No. 37-2019-00064216-CU-WT-CTL** |
| 8 | |
| 9 | Tom A. Wiseman<br>GORDON REES SCULLY MANSUKHANI |
| 10 | 101 W. Broadway, Suite 2000<br>San Diego, CA 92101 |
| 11 | **Attorney for Defendants Emerald Health Bioceuticals, Inc. and Emerald Health USA, Inc. in Harvey v. Emerald Health Bioceuticals, Inc., SDSC Case No. 37-2019-00064216-CU-WT-CTL** |
| 12 | |
| 13 | Jon Cooper<br>Jon M. Cooper, APC |
| 14 | 3110 Camino del Rio South Suite 315<br>San Diego, CA 92108 |
| 15 | **Attorney for Debtor Emerald Health Bioceuticals, Inc.** |
| 16 | James L. Kennedy, Trustee |
| 17 | P.O. Box 28459<br>San Diego, CA 92198-0459 |
| 18 | |
| 19 | United States Trustee<br>Office of the U.S. Trustee |
| 20 | 880 Front Street, Suite 3230<br>San Diego, CA 92101 |
| 21 | |
| 22 |     I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. |
| 23 |     Executed **January 19, 2021**, at La Jolla, California. |
| 24 | |
| 25 |     /s/ Candi Collins<br>    Candi Collins |

FINANCIAL LAW GROUP

4    IN RE: EMERALD HEALTH BIOCEUTICALS, INC., 20-05195-MM7
TRUSTEE'S STATEMENT OF POSITION REGARDING MOTION FOR RELIEF FROM STAY NO. MCJ-1