CSD 1181 [07/01/18]

Name, Address, Telephone No. & I.D. No.
Leslie T. Gladstone, Esq., (SBN 144615)
Christin A. Batt, Esq., (SBN 222584)
Financial Law Group
5656 La Jolla Blvd., La Jolla, CA 92037
Telephone (858) 454-9887, Facsimile (858) 454-9596
Attorneys for James L. Kennedy, Chapter 7 Trustee
Email: LeslieG@flgsd.com

**UNITED STATES BANKRUPTCY COURT**
SOUTHERN DISTRICT OF CALIFORNIA
325 West F Street, San Diego, California 92101-6991

In Re

EMERALD HEALTH BIOCEUTICALS, INC.,

BANKRUPTCY NO. 20-05195-MM7

Tax I.D.(EIN)#: 30-0950852   /S.S.#:XXX-XX–_____   Debtor.

**\*NOTICE OF TELEPHONIC HEARING AND MOTION**

TO THE DEBTOR, ALL CREDITORS AND OTHER PARTIES IN INTEREST:

**You are hereby notified** that on December 13, 2021, at 10:00 a.m., in Department 1, Room 218, of the Jacob Weinberger United States Courthouse, located at 325 West F Street, San Diego, California 92101-6991, there will be a hearing regarding the Motion of Financial Law Group & Baker Tilly US LLP, for [check the appropriate box]:

☐ Dismissal of a chapter 7, 11 or 12 case;

☐ Conversion of a chapter 7, 11 or 12 case by a party other than the debtor;

☑ Allowance of final compensation or reimbursement of expenses of professionals as provided in Exhibit "A" [information required by FRBP 2002(c)(2)];

☐ Appointment of a trustee in a chapter 11 case; or

☐ Other [specify the nature of the matter]:

If not required to be attached, a set of the moving papers will be provided, upon request, by the undersigned or may be inspected at the office of the Clerk.

Any opposition or other response to the motion must be served upon the undersigned and the original and one copy of such papers with proof of service must be filed with the Clerk of the U.S. Bankruptcy Court at 325 West F St., San Diego, California 92101-6991, **not later than fourteen (14)[1] days from the date of service.**

DATED: November 15, 2021        /s/ Leslie T. Gladstone
                                [Attorney for] Moving Party

---

[1] Depending on how you were served, you may have additional time for response. See FRBP 9006.

CSD 1181        **\*At this time, hearings are scheduled for in person, telephonic, or video appearances at the discretion of the Judge. If you have questions regarding whether the hearing will be held in person, by telephone, or by video, please check the Court's website at www.casb.uscourts.gov or contact Financial Law Group (858) 294-0215 closer to the above hearing date.**

**CERTIFICATE OF SERVICE**

I, the undersigned whose address appears below, certify:

That I am, and at all relevant times was, more than 18 years of age;

That on the __15__ day of __November 2021__, I served a true copy of the within NOTICE OF MOTION AND HEARING on the following persons by the mode of service shown below:

1. **To Be Served by the Court via Notice of Electronic Filing ("NEF")**:

Under controlling Local Bankruptcy Rules(s) ("LBR"), the document(s) listed above will be served by the court via NEF and hyperlink to the document. On __November 15, 2021__, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the e-mail address(es) indicated and/or as checked below:

☑ Attorney for Debtor (or Debtor), if required:

Jon Cooper      cooperlawfirm@gmail.com, r41879@notify.bestcase.com
Manuel Corrales     mannycorrales@yahoo.com
Leslie T. Gladstone     leslieg@flgsd.com, candic@flgsd.com;sandray@flgsd.com;christinb@flgsd.com;dereks@flgsd.com
James L. Kennedy     jim@jlkennedy.com, jlk@trustesolutions.net
David Ortiz     david.a.ortiz@usdoj.gov, USTP.REGION15@USDOJ.GOV;tiffany.l.carroll@usdoj.gov;abram.s.feuerstein@usdoj.gov
Derek Andrew Soinski     dereks@flgsd.com, leslieg@flgsd.com;christinb@flgsd.com;candic@flgsd.com;sandray@flgsd.com
United States Trustee     ustp.region15@usdoj.gov

☑ Chapter 7 Trustee:   Leslie T. Gladstone     candic@flgsd.com, christinb@flgsd.com;sandray@flgsd.com; ltg@trustesolutions.net; dereks@flgsd.com

☑ For Chpt. 7, 11, & 12 cases:   ☐ For ODD numbered Chapter 13 cases:   ☐ For EVEN numbered Chapter 13 cases:

UNITED STATES TRUSTEE
ustp.region15@usdoj.gov

THOMAS H. BILLINGSLEA, JR., TRUSTEE
Billingslea@thb.coxatwork.com

DAVID L. SKELTON, TRUSTEE
admin@ch13.sdcoxmail.com
dskelton13@ecf.epiqsystems.com

2. **Served by United States Mail**:

On __November 15, 2021__, I caused to be served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing accurate copies in a sealed envelope in the United States Mail via 1) first class, postage prepaid or 2) certified mail with receipt number, addressed as follows:

☑ Attorney for Debtor (or Debtor), if required:

ON THE ATTACHED SERVICE LIST - VIA FIRST CLASS MAIL, POSTAGE PAID

CSD 1181

3.   **Served by Personal Delivery, Facsimile Transmission, Overnight Delivery, or Electronic Mail**:

Under Fed.R.Civ.P.5 and controlling LBR, on _____, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission, by overnight delivery and/or electronic mail as follows:

☐   Attorney for Debtor (or Debtor), if required:

I declare under penalty of perjury under the laws of the United States of America that the statements made in this proof of service are true and correct.

Executed on   November 15, 2021                    /s/ Candi Collins
                     (Date)                         (Typed Name and Signature)

                                                    5656 La Jolla Blvd.
                                                    (Address)

                                                    La Jolla, CA 92037
                                                    (City, State, ZIP Code)

CSD 1181A (Page 3) [08/01/11]

[TO BE INCLUDED IN OR ATTACHED TO FEE NOTICES]

APPLICANT  FINANCIAL LAW GROUP , REPRESENTING [Name & Title]  ATTORNEYS FOR CHAPTER 7 TRUSTEE

| | FEES REQUESTED | FEES ALLOWED | FEES AUTHORIZED FOR PAYMENT | FEES HELD BACK | FEES DISALLOWED[1] | COSTS REQUESTED | COSTS AWARDED |
|---|---|---|---|---|---|---|---|
| 1st & FINAL 11/23/20 to 11/12/21 | $47,389.50, plus a reserve up to $1,000.00 for actual and necessary fees and up to $20.00 for expenses to attend the fee application hearing and close the case | | | | | $1,085.49 | |
| TOTALS: | $47,389.50 | | | | | $1,085.49 | |

APPLICANT  BAKER TILLY US, LLP , REPRESENTING [Name & Title]  ACCOUNTANTS AND CONSULTANTS FOR CHAPTER 7 TRUSTEE

| | FEES REQUESTED | FEES ALLOWED | FEES AUTHORIZED FOR PAYMENT | FEES HELD BACK | FEES DISALLOWED[2] | COSTS REQUESTED | COSTS AWARDED |
|---|---|---|---|---|---|---|---|
| 1ST & FINAL 03/10/21 to 11/10/21 | $35,118.50 | | | | | $167.46 | |
| TOTALS: | $35,118.50 | | | | | $167.46 | |

---

[1] Please provide an explanation for this disallowance.

[2] Please provide an explanation for this disallowance.

CSD 1181A

EXHIBIT "A"

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0974-3<br>Case 20-05195-MM7<br>Southern District of California<br>San Diego<br>Mon Nov 15 12:56:35 PST 2021 | Demos on the GO<br>2935 Northrope Street<br>Euless, TX 76039-4031 | Emerald Health Bioceuticals, Inc.<br>5910 Pacific Center Blvd.<br>Suite 300<br>San Diego, CA 92121-6303 |
| U.S. Bankruptcy Court<br>Jacob Weinberger U.S. Courthouse<br>325 West F Street<br>San Diego, CA 92101-6991 | AON RISK INSURANCE SERVICES WEST, INC.<br>P.O. BOX 849832<br>LOS ANGELES, CA 90084-9832 | (p)AMCON DISTRIBUTING COMPANY<br>7405 IRVINGTON ROAD<br>OMAHA NE 68122-1232 |
| Alenni Romero<br>4834 N Casas Serenas Dr<br>Tucson, AZ 85705-1839 | All About You LLC<br>1730 S Federal Hwy #287<br>Delray Beach, FL 33483-3309 | Amin Talati Upadhye, LLP<br>100 South Wacker Dr. Suite 2000<br>Chicago, IL 60606-4005 |
| Angela Donald<br>164 Kingswood Dr<br>Hammonds Plains, NS B4B1K4 | Annmarie R Revet<br>PO Box 5723<br>Irvine, CA 92616-5723 | Avtar Dhillon<br>55 Vista Del Golfo<br>Long Beach, CA 90803-4158 |
| BLAZEPR<br>808 State St<br>Santa Barbara, CA 93101-3200 | Beyond Benefits<br>P.O. Box 87610<br>San Diego, CA 92138-7610 | Brittany Ann Wittelsberger<br>9 Shelbys Path, Apt G<br>Sparks, MD 21152-9272 |
| CAS BioSciences, LLC<br>1501 Broadway 12th Floor<br>New York, NY 10036-5505 | CNA Commercial Insurance<br>500 Colonial Center Parkway<br>Lake Mary, FL 32746-7637 | CNA INSURANCE<br>P.O. BOX 790094<br>ST LOUIS, MO 63179-0094 |
| California Department of Tax<br>and Fee Administration<br>PO Box 942879<br>Sacramento, CA 94279-0055 | Captek<br>16218 Arthur Street<br>Cerritos, CA 90703-2131 | Charlane Choquette<br>1430 N Cloverland Ave<br>Tucson, AZ 85712-4115 |
| Connell Communications, Inc.<br>5 Speen St<br>Framingham, MA 01701-4674 | Connell Communications, Inc.<br>c/o IDG<br>5 Speen St<br>Framingham, MA 01701-4674 | Cruz Bay Publishing<br>5720 Flatiron Parkway<br>Boulder, CO 80301-2892 |
| Dana Samu<br>226 Hiawatha Dr<br>West Vancouver, BC V7P 1E1 | (p)DE LAGE LANDEN FINANCIAL<br>ATTN LITIGATION & RECOVERY<br>1111 OLD EAGLE SCHOOL ROAD<br>WAYNE PA 19087-1453 | Deloitte & Touche LLP<br>4022 Sells Drive<br>Hermitage, TN 37076-2903 |
| Demos on the GO!<br>c/o Sally Welmaker<br>2935 Northrope Street<br>Eucless TX 76039-4031 | Doctor Health, Inc.<br>1215 South Kihei Road<br>Suite O-505<br>Kihei, Maui, HI 96753-5220 | Dynamic Presence<br>12 Executive Court<br>South Barrington, IL 60010-9538 |

| | | |
|---|---|---|
| Earth Origins Market<br>7807 E 51 St<br>Tulsa, OK 74145-7847 | Economics Partrners, LLC<br>PO Box 848351<br>Dallas, TX 75284-8351 | Edgar Agents, LLC<br>105 White Oak Lane<br>Suite 104<br>Old Bridge, NJ 08857-1975 |
| Edisoft<br>1210 Sheppard Ave East<br>Suite 710<br>Toronto, ON M2K 1E3 | Efficient Collaborative Retail Marketing<br>27070 Miles Road, Suite A<br>Solon, OH 44139-1162 | Elena Traistaru<br>11444 Aspendell Drive<br>San Diego, CA 92131-6159 |
| Emerald Health Pharmaceuticals<br>850 Burton Rd<br>Ste 201<br>Dover, DE 19904 | Emerald Health Pharmaceuticals Inc<br>5910 Pacific Center Blvd, Ste 300<br>San Diego, CA 92121-6303 | Emerald Health Sciences<br>2500 Park Place<br>666 Burard St<br>Vancouver, BC., V6C 2X8 |
| Emerald Health Sciences Inc.<br>Stephen Hall<br>8262 at 200 The Landing<br>375 Water Street<br>Vancouver, V6B0M9  BC | Emerson Ecologics, LLC<br>1230 Elm St. Ste 301<br>Manchester, NH 03101-1336 | England Logistics, Inc.<br>1325 South 4700 West<br>Salt Lake City, UT 84104-4431 |
| Eurofins BioDagnostics, Inc.<br>c/o Rick Nipper<br>507 Highland Dr<br>River Falls, WI 54022-5205 | Foerstel Design, Inc.<br>249 South 16th Street<br>Boise, ID 83702-5141 | Fox Rothschild LLP<br>2000 Market St, 20th Floor<br>Philadelphia, PA 19103-3222 |
| Frazier Farms Market<br>1820 Oceanside Blvd<br>Oceanside, CA 92054-3452 | Fruitful Yield, Inc.<br>244 Knollwood Drive<br>Suite 200<br>Bloomingdale, IL 60117-0001 | Furniture Environments<br>6196 Sunset Crest Way<br>San Diego, CA 92121-4126 |
| GENIUS CENTRAL SYSTEMS, INC.<br>DEPT CH 19799<br>PALATINE, IL 60055-0001 | Gaetano Morello<br>9 Heritage Peak Rd.<br>Port Moody, BC V3H 0H5<br>Canada | Gowling WLG (CANADA) LLP<br>160 Elgin St. Suite 2600<br>Ottawa, ON K1P 1C3 |
| Greenberg Traurig, LLP<br>1201 K Street Suite 1100<br>Sacramento, CA 95814-3938 | Gwenlyn Giguere<br>100 Quiet Desert Ln<br>Henderson, NV 89074-3209 | Health Quest Podcast, LLC<br>2730 Summerset Circle<br>Suamico, WI - WISCONSIN 54173-8013 |
| Heather Angeline, Inc<br>5464 Caminito Exquisito<br>San Diego, CA 92130-2824 | Heather Stone<br>29204 Via Estancia<br>Valencia, CA 91354-1570 | ID.me Inc.<br>8281 Greensboro Dr. Suite 600<br>Tysons, VA 22102-5212 |
| IDG for Connell Communications<br>Terese Patterson<br>492 Old Connecticut Path<br>Framingham, MA 01701-4584 | Ilona Paley<br>322 Culver Blvd #250<br>Playa del Rey, CA 90293-7704 | Informa Media, Inc.<br>1100 Superior Ave<br>Cleveland, OH 44114-2530 |

| | | |
|---|---|---|
| Inmar-YouTech, LLC<br>2001 Junipero Serra Blvd. Ste.400<br>Daly City, CA 94014-3894 | Interactions<br>9520 Towne Centre Dr<br>Suite 120<br>San Diego, CA 92121-1991 | Janice Hanna<br>1129 Broadway<br>San Diego, CA 92101-5611 |
| Jarred Botha<br>10318 Molino Rd<br>Santee, CA 92071-1620 | Jonni Vann<br>4925 Iara Mae Walk<br>Duluth GA 30096-6080 | Katelyn Sayad<br>1600 Ovaltine Court, Unit 1636<br>Villa Park, IL 60181-5618 |
| Kathy F. Baudoin<br>533 Louisiana Ave<br>Slidell, LA 70458-2823 | Koning Zollar LLP<br>2210 Encinitas Blvd #S<br>Encinitas, CA 92024-4376 | Kristin Bryans<br>7574 Jennite Drive<br>San Diego, CA 92119-1261 |
| Law Office of Bayne & Associates<br>601 Pennsylvania Ave, NW<br>Suite 900 South Bldg<br>Washington, DC 20004-2601 | Lisa Loos<br>4700 W Simpson Rd<br>Edmond, OK 73025-1002 | Lohman & Dehner Inc.<br>2262 Carmel Valley Road, Suite 200<br>Del Mar, CA 92014-3751 |
| Lucid Consulting, LLC<br>336 36th St Ste 342<br>Bellingham, WA 98225-6580 | Magdalena Paszkowska<br>1042 Elmwood Ln<br>Elk Grove Village, IL 60007-4561 | Marla Finley<br>198 Southgate Dr<br>Lancaster, PA 17602-4076 |
| Michael T. Murray, N.D<br>18650 N Thompson Peak Pkwy #1061<br>Scottsdale, AZ 85255-6194 | Milano Promotional Services, Inc.<br>2615 River Road Unit #1<br>Cinnaminson, NJ 08077-1628 | Morrison & Foerster LLP<br>PO Box 742335<br>Los Angeles, CA 90074-2335 |
| Nancy L. Bell<br>3034 Campfire Dr<br>Lawrence, KS 66049-2009 | National Cooperative Grocers Association<br>14 S Linn St<br>Iowa City, IA 52240-3920 | Natur-Tyme, Inc.<br>3160 Erie Blvd East<br>DeWitt, NY 13214-1202 |
| Natural Partners, Inc.<br>8445 E Hartford Dr<br>Scottsdale, AZ 85255-5450 | Natural Products Association<br>440 1st St. NW Ste. 520<br>Washington, DC 20001-2694 | Naturemed Research, Inc.<br>12153 Salix Way<br>San Diego, CA 92129-3767 |
| ORCA Naturals<br>4302 E La Puente Ave<br>Phoenix AZ 85044-1318 | Palko Distributing<br>4991 W US Hwy 20<br>Michigan City, IN 46360-6638 | Pathway Consulting Group Ltd<br>105 Madison Way<br>Lansdale, PA 19446-4455 |
| Pegasus Marketing & Design, Inc.<br>338 Via Vera Cruz #160<br>San Marcos, CA 92078-2604 | Phillip Harvey<br>c/o Manuel Corrales, Jr.<br>17140 Bernardo Center Drive, Ste 358<br>San Diego, CA 92128-2092 | Planet One Ventures, Inc.<br>856 Glen Arbor Dr.<br>Encinitas, CA 92024-1939 |

Pulse Marketing Inc.
38625 Calistoga Dr. #100
Murrieta, CA 92563-4884

Punit Dhillon
11220 Corte Belleza
San Diego, CA 92130-2690

Rachel Elaine Smith
4239 Menlo Dr
Wichita, KS 67218-3117


Real Food with Dana
8620 Manchester Rd #3
Silver Spring, MD 20901-4348

Robert Mackey, Esq
16320 Murphy Road
Sonora, CA 95370-8618

Ryan Frisbie
4555 S Palo Verde Rd, Ste 125
Tucson, AZ 85714-1959


SBS LEASING A PROGRAM OF DE LAGE LANDEN
1111 Old Eagle School Rd
Wayne, PA 19087-1453

SELECT MAILING
9770 CARROLL CANYON RD STE E
SAN DIEGO, CA 92126

SPS Commerce, Inc.
333 South Seventh St., Suite 1000
Minneapolis, MN 55402-2421


STAPLES
PO Box 105638
Atlanta, GA 30348-5638

Sara Pluta
10936 East Desert Troon Lane
Scottsdale, AZ 85255-8252

Sharp Electronics Corporation dba Sharp
8670 Argent St
Santee, CA 92071-4172


Shelly LeAnn Jones
4619 Royal Oak Rd
Santa Maria, CA 93455-4353

Standard Electronics
9340 Stevens Road
antee, CA 92071-2810

Stanley Cutts
4001 W Sharon Ave.
Phoenix, AZ 85029-1045


Stuart Hutchinson
1394 Tributary Ct
Fort Collins, CO 80521-1146

Super Natural Distributors
W2296 N1680 Westwood Dr. Ste. C
Waukesha, WI 53186

Susanne Bell
14724 125th St KPN
Gig Harbor, WA 98329-4691


Tension Envelope Corporation
819 E 19th St
Kansas City, MO 64108-1781

The Data Council, LLC c/o Advantage Sale
18100 Von Karman Ave.
Irvine, CA 92612-0169

The Ideal Connection Inc.
30 North Gould, Suite 5953
Sheridan, WY 82801-6317


Thrive Market, Inc.
4509 Glencoe Ave.
Marine Del Rey, CA 90292-6372

Thrive Media
3262 Westheimer Rd. Suite 519
Houston, TX 77098-1002

Trackstreet.com
9811 W. Charleston Blvd, Ste 2-776
Las Vegas, NV 89117-7528


Tuan Diep
13504 Scarlet Sage Trail
San Diego, CA 92130-5777

UNFI
313 Iron Horse Way
Providence, RI 02908-5637

UPS
P.O. BOX 894820
LOS ANGELES, CA 90189-4820


Ultimate Vitality, LLC
100 Ocean Cay Way
Hypoluxo, FL 33462-5493

United Natural Foods, Inc.
c/o Angela Lauder
11840 Valley View Road
Eden Prairie, MN 55344-3643

United States Trustee
Office of the U.S. Trustee
880 Front Street
Suite 3230
San Diego, CA 92101-8897

| | | |
|---|---|---|
| VITAMIN RETAILER MAGAZINE, INC.<br>431 CRANBURY ROAD SUITE C<br>EAST BRUNSWICK, NJ 08816-3698 | Veronica Letterman<br>2541 N Norfolk Ave<br>Tulsa, OK 74106-3940 | Vitamin Discount Center, LLC<br>5519 Southern Comfort Blvd<br>Tampa, FL 33634-5111 |
| Wainer Finest Communications, Inc.<br>51 Cragwood Road Suite 100<br>South Plainfield, NJ 07080-2405 | Wells Fargo Vendor Financial Services, LLC<br>1010 Thomas Edison Blvd SW<br>Cedar Rapids, IA 52404-8247 | Whole Foods Market Services, Inc.<br>550 Bowie St<br>Austin, TX 78703-4644 |
| Wilson Sonsini Goodrich & Rosati, P.C.<br>650 Page Mill Road<br>Palo Alto, CA 94304-1050 | James L. Kennedy<br>James L. Kennedy, Trustee<br>P.O. Box 28459<br>San Diego, CA 92198-0459 | Jon Cooper<br>Jon M. Cooper, APC<br>3110 Camino del Rio South<br>Suite 315<br>San Diego, CA 92108-3832 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | |
|---|---|
| Akin's Natural Foods<br>7807 E 51st St<br>Tulsa, OK 74145 | De Lage Landen Financial<br>Attn--J. Paneghello<br>1111 Old Eagle School Road<br>Wayne PA 19087 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Emerald Health Biotechnology Espana, S.L<br>Parque Cientifico Tecnologico de Cordoba<br>Rabanales 21 Edif.Cantauro ID 18.1 Prime<br>Cordoba, 14014 | (d)ORCA Naturals<br>4302 E La Puente Ave<br>Phoenix, AZ 85044-1318 | (u)Phillip W. Harvey |

End of Label Matrix
Mailable recipients    128
Bypassed recipients      3
Total                  131