# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF CALIFORNIA

## Minute Order

### Hearing Information:

| | |
|---:|:---|
| **Debtor:** | EMERALD HEALTH BIOCEUTICALS, INC. |
| **Case Number:** | 20-05195-MM7      **Chapter:** 7 |
| **Date / Time / Room:** | MONDAY, DECEMBER 13, 2021 10:00 AM   DEPARTMENT 1 |
| **Bankruptcy Judge:** | MARGARET M. MANN |
| **Courtroom Clerk:** | LISA CRUZ |
| **Reporter / ECR:** | SUE ROSS |

### Matters:

1) FIRST AND FINAL APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR BAKER TILLY US, LLP, ACCOUNTANTS TO THE ESTATE

2) FIRST AND FINAL APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR FINANCIAL LAW GROUP, ATTORNEYS FOR THE TRUSTEE

### Appearances:

APPEARANCES EXCUSED

### Disposition:

1-2) Tentative Ruling as issued is the Order of the Court.  Appearances excused at hearing held on 12/13/21.